UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT          FILED

Jan 6   3 33 PM '04

U S DISTRICT COURT
NEW HAVEN, CONN.

ANTHONY TORRES

PRISONER
V.                                        CASE NO. 3:03CV696 (JBA) (JGM)

JOHN TROMBLY, ET AL.


**RULING ON PENDING MOTIONS**

The plaintiff, Anthony Torres, filed this civil rights action pro se and in forma pauperis

pursuant to 28 U.S.C. § 1915. Pending is a motion for protective order and a motion for order filed

by the plaintiff. For the reasons that follow, the motions are denied.

I.     Motion for Protective Order [doc. # 6]

The plaintiff has filed a motions entitled "Plaintiff's Application for Protective Order. The

plaintiff seeks a court order that the defendants make photocopies of certain documents in his

possession. He claims that he needs to send the copies of the documents to the defendants pursuant

to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure. He alleges that he cannot trust the

employees at Northern Correctional Institution to make the copies and keep the documents

confidential.

The plaintiff does not allege that any defendant served a request for production of documents

on him. Rule 26(a)(1), Fed. R. Civ. P., which governs initial disclosures of certain information and

documents to an opposing party, does not apply to "an action brought without counsel by a person in

custody of . . . a state, or a subdivision of a state." Rule 26(a)(1)(E)(iii), Fed. R. Civ. P.  Because

the plaintiff is not required to make initial disclosures of documents to the defendants, his request

for "protective orders" is denied as moot.

II.    <u>Motion for Order [doc. # 7]</u>

The plaintiff seeks an order directing the United States Marshal to serve the defendants with a copy of the first amended complaint.  The plaintiff filed a second amended complaint on September 24, 2003.  Thus, the motion for service of the first amended complaint is denied as moot. If after its review of the allegations in the second amended complaint, the court determines the second amended complaint shall be served on the defendants, the court will issue the necessary order directing the United States Marshal to serve the amended complaint.

CONCLUSION

For the reasons stated above, the Motion for Protective Order [doc. # 6] and Motion for Order [doc. # 7] are DENIED as moot.

SO ORDERED this 6th day of ~~December~~ January, 2004, at New Haven, Connecticut.

Joan G. Margolis
United States Magistrate Judge