UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TORRES | : | FILED |
| v. | : NO. 3:03cv696 (JBA) | |
| | PRISONER | JAN 13  12 54 PM '04 |
| TROMBLY, ET AL | : | U.S. DISTRICT COURT |
| | | NEW HAVEN, CONN. |

### ENDORSEMENT ORDER [DOC. #5]

Plaintiff's Motion for Standing Order [doc. #5] is DENIED. All motions for extensions are individually reviewed for existence of good cause and objections filed are considered for claims of unreasonableness and prejudice.

Plaintiff's complaint will be served forthwith and defendants' response to Plaintiff's Application for Injunction is required before it can be determined if a hearing is necessary.

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **January 13, 2004**