UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV696 (JBA) (JGM) |
| | : | |
| v. | : | |
| | : | |
| "JOHN" TROMBLY, ET AL. | : | |
| *Defendants* | : | February 25, 2004 |

## **APPEARANCE**

### TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for the defendants, in their official capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 25th   day of   February, 2004.

DEFENDANT
"JOHN' TROMBLY, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Henri Alexandre
Assistant Attorney General
Federal Bar No. ct 05412
110 Sherman Street
Hartford, CT  06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Henri.alexandre@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 25th day of February, 2004 to:

Anthony Torres #246027
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

_____
Henri Alexandre
Assistant Attorney General