UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | CIVIL NO. 3:03CV696 (JBA) (JGM) |
| v. | : | |
| "JOHN" TROMBLY | : | FEBRUARY 24, 2004 |

**AFFIDAVIT OF PATRICIA WOLLENHAUPT**

The undersigned, having been duly sworn, hereby deposes and says:

1. I am over the age of 18 and understand and believe in the obligation of an oath.

2. I am a Correctional Hospital Nursing Supervisor with the State of Connecticut, Department of Correction. I have been employed by the Department of Correction since 1985 and have held the positions of Correctional Nurse, Correctional Head Nurse, and Correctional Hospital Nursing Supervisor. I have been assigned to Northern Correctional Institution (hereinafter "Northern") and Osborn Correctional Institution since 1999.

3. As part of my duties, I have served as the Medical Grievance Coordinator for Northern. In my position as supervisor, I currently have access to medical grievances and responsibility for responding to medical grievances.

4. I am a defendant in this case and I am familiar with the allegations of the complaint.

5. I have reviewed the plaintiff's medical records for the period from March 16, 2003, to the present.

6. The plaintiff is prescribed hydrochlorothiazide, 25 mg, which is a mild diuretic for high blood pressure.

7. The medical records show that the plaintiff received this medication every day during the month of March 2003, including March 16, 2003.

8. According to the kardex, on March 16, 2003, this medication was dispensed by Nurse Lynn Nordell, not Nurse Kindness as alleged by the plaintiff.

9. A review of the plaintiff's medical records confirms that he has received and continues to receive appropriate medical care.

10. Nurse Kindness as well as the other nurses does not appreciate inmates being scantly, if at all, dressed when medication is dispensed at their cell doors.

_____
Patricia Wollenhaupt

Subscribe and sworn to before me this \_\_\_\_\_ day of February, 2004.

_____
Henri Alexandre
Commissioner of the Superior Court