UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

FEB 27  3 38 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

ANTHONY TORRES

V.

JOHN TROMBLY, ET AL.

PRISONER
CASE NO. 3:03CV696 (JBA) (JGM)

## Scheduling Order

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. The defendants in their official capacities shall file any motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motion to dismiss as frivolous under Title 28 U.S.C. § 1915(e) or answer or other reply to the second amended complaint on or before **March 19, 2004**.

2. Any reply to a motion to dismiss shall be filed **within 21 days of the date the motion was filed**. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

SO ORDERED.

Dated at New Haven, Connecticut, this 27th day of Feb, 2004.

Joan G. Margolis
United States Magistrate Judge