FILED

2004 MAR -8 P 4: 41

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-CV-696
(JBA)(JGM)

March 2, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE A REPLY

The plaintiff hereby moves this court for an extension of time and leave to file a reply to the defendants' Memorandum In Opposition To Motion For Temporary Restraining Order/Preliminary Injunction dated

February 24, 2004. The plaintiff is in need of filing a reply and will be able to do so by no later than March 19, 2004. In support of this motion the plaintiff submits the below facts:

1. The plaintiff received service of the defendants' memorandum in opposition on March 1, 2004 with a accompanied affidavit provided by Defendant Patricia Wollenhaupt, a Registered Nurse at the Northern Correctional Institution in Somers, Connecticut where the plaintiff is currently housed.

2. Upon the plaintiff's examination of the Wollenhaupt affidavit, the plaintiff found that Wollenhaupt had committed criminal perjury under Title 18 of the United States Code. The plaintiff will be able to demonstrate,

-2-