UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | PRISONER<br>CIVIL NO. 3:03CV696(JBA) |
| V. | : | |
| JOHN TROMBLY, ET AL. | : | MARCH 17, 2004 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants in their official and individual capacities, in the above-captioned case, in addition to the appearance already on file.

Dated at Hartford, Connecticut, this 17th day of March, 2004.

DEFENDANTS
"John" Trombly, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  steven.strom@po.state.ct.us
Federal Bar #ct01211

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of March 2004:

Anthony Torres, Inmate #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

   /s/
Steven R. Strom
Assistant Attorney General