UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ANTHONY TORRES | : | PRISONER<br>CIVIL NO. 3:03CV696(JBA) |
| V. | : |  |
| JOHN TROMBLY, ET AL. | : | MARCH 17, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants in their individual capacities in addition to my previous appearance in their official capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 17th day of March, 2004.

        DEFENDANTS
        "John" Trombly, Et Al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY: /s/_____
            Henri Alexandre
            Assistant Attorney General
            110 Sherman Street
            Hartford, CT  06105
            Tel.:  (860) 808-5450
            Fax:  (860) 808-5591
            E-Mail:  henri.alexandre@po.state.ct.us
            Federal Bar #ct05412

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of March 2004:

Anthony Torres, Inmate #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

                                           _/s/_____
                                           Henri Alexandre
                                           Assistant Attorney General