**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANTHONY TORRES | : | PRISONER |
| *Plaintiff,* | : | CIVIL  NO. 3:03CV696(JBA)(JGM) |
| | : | |
| VS. | : | |
| | : | |
| JOHN TROMBLY, ET AL. | : | |
| *Defendants.* | : | March 18, 2004 |

<u>**DEFENDANTS' MOTION TO DISMISS**</u>

Pursuant to Federal Rules of Civil Procedure 12(b)(6), and 28 U.S.C §1915(e)(2)(B) which <u>requires</u> that "the court <u>shall</u> <u>dismiss</u> the case <u>at any time</u> if the court determines that... the action...is frivolous or malicious;… fails to state a claim on which relief may be granted; or…seeks monetary relief against a defendant who is immune from such relief."  28 U.S.C. § 1915(e)(2)(B)(i)-(iii). (emphasis added), and D. Conn. L. Rule 7, the defendants respectfully move to dismiss this matter for the reasons set forth in the accompanying memorandum of law. These reasons include, but are not limited to the following: First, plaintiff is prohibited under the PLRA from seeking damages for failure to allege physical injury, or any injury whatsoever, and for failure to fully exhaust all available administrative remedies. 42 U.S.C. § 1997e(a) and (e). Second, plaintiff has not alleged an actual injury from the defendants' alleged denial of medical care to him and there was no evidence of deliberate indifference.  Third, plaintiff's conclusory assertions of  "retaliation" are completely de minimis and not in any way causally connected to any alleged "chilling effect" on plaintiff's ability to petition for redress of grievances, and should be dismissed. Fourth, plaintiff's conclusory assertions of  "conspiracy" are devoid of sufficient allegations as to should be dismissed. Fifth, plaintiff's alleged loss of a single shower or denial of a single does of medication does not state a constitutional claim.  Sixth, plaintiff has no right to an injunction because the harm alleges is remote and speculative, and he fails to allege

irreparable injury. Next, the Eleventh Amendment bars plaintiff's claims for money damages

against the defendants in their official capacities. Finally, defendants have qualified immunity

with regard to the claims made in this case.

DEFENDANTS,
John Trombly, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_/s/_____
Henri Alexandre
Assistant Attorney General
Federal Bar No. ct05412
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No. (860) 808-5591
E-mail:  henri.alexandre@po.state.ct.us

BY:_/s/_____
Steven R. Strom
Assistant Attorney General
Federal Bar No. ct01211
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No. (860) 808-5591
E-mail:  steven.strom@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this

18th day of March 2004:

Anthony Torres, Inmate #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071


　　　　　　　　　　　　　　　　　　　　　 _/s/_____
　　　　　　　　　　　　　　　　　　　　　 Steven R. Strom
　　　　　　　　　　　　　　　　　　　　　 Assistant Attorney General