```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

ANTHONY TORRES                  :
                                :           PRISONER
    v.                           :   Case No. 3:03CV696 (JBA)
                                :
JOHN TROMBLEY, ET AL.           :

<u>ORDER OF NOTICE TO PRO SE LITIGANT</u>

On March 19, 2004, the defendants filed a motion to dismiss. Rule 7(a), D. Conn. L. Civ. R., requires plaintiff to file his response to the motion within twenty-one days from the date the motion was filed.

The court hereby gives express notice to the <u>pro se</u> plaintiff that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion, except where the pleadings provide sufficient cause to deny the motion." Rule 7(a), D. Conn. Loc. Civ. P., and that if plaintiff fails to file his opposition to the motion to dismiss or fails to obtain an extension of time for filing his opposition on or before **April 9, 2004**, the defendants' motion may be granted at that time.

If after full review of the unopposed motion and the complaint, dismissal is warranted, the motion to dismiss will be granted, the complaint will be dismissed and the case will be closed.

                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK