UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ANTHONY TORRES | ) | PRISONER |
|  | ) | Case No. 3:03CV696(JBA)(JGM) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| JOHN TROMBLY | ) | March 18, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the defendants have manually filed the following documents:

1) <u>Lamb v. Bumpus</u>, 52 Fed. Appx. 740; 2002 U.S. App LEXIS 25836 (6th Cir 2002)
2) <u>Hunnicutt v. Armstrong</u>, 3:03CV627(PCD)(Feb. 25, 2004), Ruling on Motion to Dismiss

These documents have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[  ]    the electronic file size of the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                        DEFENDANTS
                                        John Trombly, et.al.

BY:   __/s/_____
        Steven R. Strom
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct01211
        E-Mail:  steven.strom@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of March 2004:

Anthony Torres, Inmate #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

/s/_____
Steven R. Strom
Assistant Attorney General