FILED

2004 MAR 18 P 2: 31

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-CV-696
(JBA)(JGM)

March 11, 2004

**PLAINTIFF'S NOTICE OF APPEAL OF INTERLOCUTORY ORDER DENYING MOTION FOR TRO AND PRELIMINARY INJUNCTION (Doc. #8) PURSUANT TO 28 U.S.C. 1292(a)(1)**

The plaintiff, Anthony Torres, hereby gives notice of appeal pursuant to Title 28 U.S.C. 1292(a)(1) regarding

the District Court's ruling denying his motion for a TRO and preliminary injunction (Doc. #8) on the grounds that the District Court's ruling, on or about March 2, 2004, was erroneous to law and also an abuse of discretion. The plaintiff received the District Court's ruling on March 11, 2004.

Dated: March 11, 2004   Submitted by:

_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

-2-

CERTIFICATION

This is to certify that a true copy of the above notice of appeal was mailed, postage prepaid, on this 11th day of March 2004, pursuant to Rule 5(b) of the FRCP, to Henri Alexandre, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)