**FILED**

2004 MAR 23 P 5:15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

: **EX PARTE**
: Civil Action No.
: 3:03-CV-696
: (JBA)(JGM)
:
:
:
: March 16, 2004
:

## PLAINTIFF'S REQUEST FOR ISSUANCE OF A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The plaintiff, Anthony Torres, hereby request that this court immediately issue a Writ of Habeas Corpus Ad Testificandum for

DIRECTED TO THE HON. JANET B. ARTERTON FOR IMMEDIATE EXAMINATION — EX PARTE

his physical presence before this federal court, if he, the plaintiff, fails to file any responsive pleadings, any litigation papers or fails to communicate with this court pertaining to the above-captioned civil action. In support of this request the plaintiff submits the accompanied <u>Declaration</u> and the following facts:

1. The above-captioned civil action was initiated by the plaintiff against several Connecticut State Department of Correction (DOC) officials and employees alleging that his federally protected constitutional rights was violated when his medication was withheld from him as a direct result of his refusal to wear a T-shirt while in his prison cell when the medication was being dispensed.

2. On March 2, 2004, this court had denied the plaintiff's application for a TRO and preliminary injunction. If granted, the injunction would have prevented the defendants from unconstitutionally withholding the medication from the plaintiff as a result of his refusal to wear a T-shirt in his prison cell when the medication was being dispensed.

3. The grounds given by this District Court in denying the injunctive relief was 1) that the withholding of the medication was a single occurrence and 2) that the defendants have not implemented any policy to enforce the wearing of a T-shirt by the plaintiff while in his prison cell when the medication was being distributed.

4. The plaintiff hereby advises the District Court that as of this afternoon,

-3-

March 16, 2004, the defendants and other Northern prison officials, have created, served upon prisoners and implemented a written policy mandating that all prisoners, including the plaintiff himself, to wear a T-shirt in their prison cell when the medication is being distributed to them and that "failure to comply with this policy" may result in disciplinary action against the prisoner. <u>See</u> written notification attached to the plaintiff's accompanied <u>Declaration</u>.

5. Effective tomorrow morning, March 17, 2004, when the medication is being dispensed to the plaintiff while he's in his prison cell, he, the plaintiff, will challenge the federal constitutionality of the new created written policy, as described above, by declining to wear his T-shirt when the medication is being

-4-

distributed to him.

6. The plaintiff believes, based on his past experience in dealing with the Northern prison officials and employees, and the common practice in place today at Northern, he will be physically abuse by the prison personnel and that he will be maliciously, unconstitutionally and physically separated from his pending civil action files, including the very files for the above-captioned civil case, to hinder and/or obstruct the pending litigation before this very court. When such incommunicado act is imposed upon a Northern prisoner by the prison officials — it will be impossible for the plaintiff to remain in contact with the federal and state courts.

7. Additionally, the plaintiff believes that the malicious and spiteful destruction of his civil case files and personal property by the prison officials and employees may take place as a common practice when the new created policy is being challenged by the plaintiff.

WHEREFORE, the plaintiff request that this court to <u>immediately</u> issue a <u>Writ of Habeas Corpus Ad Testificandum</u> for his physical presence before this federal court, if he, the plaintiff, fails to file any responsive pleadings, any litigation papers or fails to communicate with this court pertaining to the above-captioned civil action, or if it appears to this court that the plaintiff is being held incommunicado by the defendants and prison officials.

Dated: March 16, 2004          Respectfully submitted,

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

## CERTIFICATION

This is to certify that a true copy of the above request was mailed, postage prepaid, on this 16th day of March 2004, pursuant to Rule-5(b) of the FRCP, to Henri Alexandre, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-7-