FILED
2004 MAR 23 P 5: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-CV-696
(JBA)(JGM)

March 16, 2004

## PLAINTIFF'S DECLARATION IN SUPPORT OF REQUEST FOR ISSUANCE OF A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

I, ANTHONY TORRES, declares under penalty of perjury:

1. I am the plaintiff in the above-captioned civil action and I submit

AT

this sworn Declaration in support of my request for the issuance of a Writ of Habeas Corpus Ad Testificandum if the Northern prison officials imposes an unlawful incommunicado status upon me.

2. I am a state prisoner who is incarcerated at the Northern Correctional Institution (NCI) in Somers, Connecticut.

3. Today, on March 16, 2004, the prison population and myself received written notification from the NCI warden that he had created and will implement a new policy mandating any and all prisoners at the NCI to wear a T-shirt in their prison cell when they receive their medication from the NCI nurses.

4. The same written notice also threaten "disciplinary action" against the prisoners if any of them fails to comply.

-2-

Please examine the NCI notice attached to this <u>Declaration</u>.

5. Effective on the morning of March 17, 2004, when the medication is being dispensed to me while I'am in my prison cell, I will non-violently challenge the federal constitutionality of the new created policy by declining to wear my T-shirt.

6. It is a well-known common practice, in the NCI, for prison officials and their employees to physically abuse prisoners when challenging their rules.

7. It is a well-known common practice, in the NCI, for prison officials and their employees to maliciously and physically separate a prisoners' litigation papers or files to hinder and/or obstruct his pending civil actions. When such actions are taken against prisoners who challenges

-3-

the rules at the NCI, such as those that will be taken against me, will prevent my litigation of my pending civil actions - including the above captioned case. I will be completely cut off from any contact with the federal and state courts when all pens, writing paper and mailing envelopes are also withheld from me.

8. It is a well-known common practice, in the NCI, for prison officials and their employees to maliciously and spitefully destroy a prisoners' litigation papers, files and law books or other property he may possess when challenging their rules regardless how non-violent the prisoner may conduct himself.

9. I cannot challenge the constitutionality of the new created rule

-4-

in the federal courts unless I openly refuse to comply with it and then wait for the prison officials' reaction, for possible legal action against them and have the new created rule struck down by the courts.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2004    Submitted by,

*Anthony Torres*

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

-5-

### CERTIFICATION

This is to certify that a true copy of the above <u>Declaration</u> was mailed, postage prepaid, on this 16th day of March 2004, pursuant to <u>Rule -5(b) of the FRCP</u>, to Henri Alexandre, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-6-

# INMATE NORTHERN DISPATCH

**WAYNE CHOINSKI, WARDEN**

*W. CRO* (signature)

March 15, 2004

### Distribution of Medication

*During the distribution of medication, all inmates receiving medication must be properly dressed. This means underpants and undershirt at a minimum. The officer assisting in medication distribution shall ensure that you are properly dressed. Failure to comply with this policy may result in disciplinary action. Your cooperation with this policy is appreciated.*



Rec'd on 3-16-04 AT

*c:    All Staff*

ATTACHMENT