FILED
2004 APR -5 P 2: 33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-cv-696
(JBA)(JGM)

March 26, 2004

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

The plaintiff moves this court, pursuant to Local Rule-9(b) and Rule-6(b) of the Federal Rules of Civil Procedure, for an extension of

time of two (2) weeks, until April 23, 2004, to file his memorandum in opposition to the defendants' motion to dismiss. In support of this motion the plaintiff submits the following facts:

1. The plaintiff is a prisoner incarcerated at the Northern Correctional Institution in Somers, Connecticut.

2. The plaintiff is in the process of preparing his memorandum in opposition and is waiting for the delivery of some caselaw material that are needed for the preparation of the memorandum. The plaintiff has been prohibited from receiving legal assistance from the Inmate Legal Assistance Program (ILAP) due to ongoing civil litigation by the plaintiff against the ILAP office in the U.S. Supreme Court.

-2-

3. This motion for extension of time is being submitted in good-faith and not for the purpose of causing a delay. The plaintiff does not anticipate any further motions for extension of time concerning this specific matter.

4. Due to the plaintiff's incarceration, he is unable to ascertain the defendants' position on this motion for extension of time.

WHEREFORE, the plaintiff respectfully seeks this court to grant this motion for extension of time, until April 23, 2004, to file his memorandum in opposition.

-3-

Dated: March 26, 2004    Respectfully submitted,

_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

## CERTIFICATION

This is to certify that a true copy of the above motion was mailed, postage prepaid, on this 26th day of March 2004, pursuant to Rule-5(b) of the FRCP, to Henri Alexandri and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
ANTHONY TORRES

-4-