```
                                          FILED
                                     2004 APR 19 P 3:51
                                     U.S. DISTRICT COURT
                                     BRIDGEPORT, CONN
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
                                     :
ANTHONY TORRES,                      :   Civil Action No.
        Plaintiff,                   :   3:03-CV-696
                                     :   (JBA)(JGM)
    v.                               :
                                     :
"John" TROMBLY, et al.,              :
        Defendants.                  :   April 12, 2004
                                     :
```

## PLAINTIFF'S SECOND MOTION FOR EXTENSION/ENLARGEMENT OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

As a precautionary measure, and in conjunction with the accompanied Motion to Stay the defendants' Motion to Dismiss, the plaintiff moves this court

pursuant to <u>Local Rule - 9(b)(2) and Rule - 6(b)</u> of the Federal Rules of Civil Procedures, for a second extension/enlargement of time, until December 21, 2004, to file his memorandum in opposition to the defendants' motion or amended motion to dismiss. In support of this motion the plaintiff submits the following facts:

1. The plaintiff have submitted with this court a <u>Motion to Stay the defendants' Motion to Dismiss</u> for a specific time period. In conjunction with that motion to stay, the plaintiff seeks this court to grant his second motion for an extension/enlargement of time to file his memorandum in opposition to dismissal.

2. Background information to support this second motion for an extension/enlargement of time is provided

-2-

in the accompanied <u>Motion to Stay</u>.

3. The plaintiff needs the additional time so that he may exhaust his state administrative remedies, file a <u>Third Amended Complaint</u> to supplement additional causes-of-action, include additional counts and add new multiple defendants under 42 U.S.C. 1983.

4. Due to the plaintiff's incarceration, he is unable to ascertain the defendants' position on this motion for extension/enlargement of time.

5. The plaintiff does not believe that the defendants will be prejudice if the second extension, until December 21, 2004, is granted and that the granting of this motion will serve the interest of justice.

WHEREFORE, the plaintiff seeks this court to grant this motion for extension/enlargement of time, until December 21, 2004, in conjunction with the accompanied Motion to Stay.

Dated: April 12, 2004    Respectfully submitted,

*Anthony Torres*

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

<u>CERTIFICATION</u>

This is to certify that a true copy of the above motion for extension/enlargement of time was mailed, postage prepaid, on this 12th day of April 2004, pursuant to <u>Rule-5(b) of the FRCP</u>, to Henri Alexandri and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*[signature]*
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-5-