MANDATE

D. Conn. N#
03-CV-696 PRIS
Arterton, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

FILED
Mar 25  1 55 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the   18th   day of February two thousand four,

Present:

Hon. Amalya L. Kearse,
Hon. José A. Cabranes,
Hon. Robert A. Katzmann,
            *Circuit Judges.*



In re: Anthony Torres,

            Petitioner.                                        03-3131

Petitioner, *pro se*, has filed a motion to proceed *in forma pauperis* and a petition for a writ of mandamus directing the district court to decide his 42 U.S.C. § 1983 complaint. Upon due consideration, it is ORDERED that petitioner's motion to proceed *in forma pauperis* is granted for the purpose of filing the mandamus petition. It is further ORDERED that petitioner's mandamus petition is DENIED without prejudice to renewal if the district court fails to take action on petitioner's motions for a temporary restraining order and preliminary injunction within fourteen (14) days of the entry of this order or fails to decide the other pending matters and to enter final judgment within ninety (90) days of the entry of this order.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Deborah Holvey*
      DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By *Lucille Carr*

USCA WJB          FEB 18 2004

ISSUED AS MANDATE:   FEB 20 2004