ORIGINAL

Anthony Torres #246027
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

April 20, 2004

Hon. Janet B. Arterton
United States District Court
141 Church Street
New Haven, CT 06510

RE: TORRES v. TROMBLY, et al.
    3:03-CV-696 (JBA)(JGM)

Dear Judge Arterton:

On or about March 19, 2004, I had filed with this court a "Plaintiff's Motion for Court Referral to the United States Attorney's Office..." concerning matters of perjury by one of the defendants and defense counsel's

Judge Arterton                April 20, 2004
Page - 2 of 2

alleged participation in that criminal incident.

    Due to the <u>criminal</u> allegations in that motion and its accompanied declaration under oath - it will be in the interest of justice to have my motion for court referral adjudicated as quickly as possible so that the U.S. Attorney's office can deal with the matter appropriately. Further delays will harm any possible criminal investigation that office may pursue.

    Thank you.

cc: Henri Alexandri and Steven R. Strom, Asst. Atty. General

Copy one (1)