UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 23  4 04 PM '04
U.S. DISTRICT COURT
NEW HAVEN CT

Anthony Torres          :
                        :
v.                      :       No. 3:03cv696 (JBA)
                        :
John Trombly, et al.    :

**Notice to Pro Se Litigant**

Defendants' Motion to Dismiss includes an argument that you failed to exhaust your administrative remedies prior to bringing this action. Under the Prison Litigation Reform Act, "no action shall be brought . . . until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). "Statutory exhaustion requirements are mandatory, and courts are not free to dispense with them." Beharry v. Ashcroft, 329 F.3d 51, 58 (2d Cir. 2003). Courts generally do not have discretion to create exceptions, such as futility, to statutory exhaustion requirements. See Booth v. Churner, 532 U.S. 731, 734-36 (2001).

Any failure to exhaust your administrative remedies, therefore, would require the dismissal of your case. As a result, the Court directs you to respond to defendant's motion to dismiss by May 7, 2004, and to address in particular any steps you took to exhaust your administrative remedies before bringing your suit.

1

Moreover, because exhaustion is required prior to bringing suit, the new claims you seek to bring in an amended complaint would not be the proper subject of the pending action. These claims must be brought in a new suit.

                      IT IS SO ORDERED.

                      _____
                      Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 23rd day of April, 2004.**