UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Anthony Torres            :
                          :
v.                        :   No. 3:03cv696 (JBA)
                          :
John Trombly, et al.      :

### Endorsement Order

1. Plaintiff's Motion for Ex Parte Order Directing the Defendants to Preserve and Maintain Videotapes [Doc. # 35] is hereby GRANTED. Defendants are ordered to preserve the videotapes of the security cameras at the Northern Correctional Institutional (NCI) - One East Housing Unit (One-East) covering Cell # 215 on April 6, 2004 and April 7, 2004 between the hours of 7:00 AM and 11:00 AM.

2. Plaintiff's Motion to Stay the Defendants' Motion to Dismiss [Doc. # 36] is hereby DENIED. <u>See</u> Notice to Pro Se Litigant [Doc. # 38].

3. Plaintiff's Motion for Extension of Time to File Memorandum in Opposition to Motion to Dismiss [Doc. # 34] is hereby GRANTED, and Plaintiff's Second Motion for Extension/Enlargement of Time to File Memorandum in Opposition to Motion to Dismiss [Doc. # 37] is GRANTED in part. Plaintiff is directed to file his response by May 7, 2004.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut, this 23rd day of April 2004.