FILED

2004 MAY 12 A 10: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

    V.

"John" TRUMBLY, et al.,
    Defendants.

: Civil Action No.
: 3:03-CV- 696
: (JBA) (JGM)
:
:
:
: May 6, 2004

## DECLARATION OF ANTHONY TORRES

I, Anthony Torres, being duly sworn, deposes and says:

1. I am the plaintiff in the above civil action and I submit this <u>Declaration</u> to address in particular the steps I had taken to exhaust my administrative remedies before bringing this suit as directed by this court.

2.  On March 16, 2003, in regards to the constitutional claims as described in the Second Amended Complaint (SAC), Paragraph 18 through 24, I initiated my Line Emergency grievance with the Northern Correctional Institution (NCI) pursuant to DOC-Administrative Directive - 9.6(3)(A)(3). On that same day, I received a written response from Lt. Gargiulo. See Inmate Grievance Form with its response in Attachment-G to the SAC. Also, in the same attachment see the Level-Two and Three appeals which remains unanswered by the prison officials at the NCI and DOC. Furthermore, see its attached Level-One response from Acting Major Faneuff received by me on April 30, 2003.

-2-

3. On March 16, 2003, in regards to the constitutional claims as described in the SAC, Paragraph-25 through 27, I initiated my Line Grievance process with the NCI prison officials pursuant to DOC-Admin. Dir.-9.6. On April 4, 2003, I receive an evasive and obstructive response from the NCI-Grievance Coordinator. Also, all appeals was maliciously ignored by the Grievance Coordinator and the prison officials. See various Inmate Grievance documents in Attachment-H to the SAC consisting of 16-pages for background.

4. On March 16, 2003, in regards to the constitutional claims as described in the SAC, Paragraph-18 through 24 and also 35 through 45, I initiated my

-3-

Health Emergency process with the NCI medical prison unit pursuant to DOC-Admin. Dir. - 9.6(3)(A)(3). On March 26, 2003, I received an evasive and obstructive response combined with knowingly false statements from the medical Level-One reviewer. Also, all the appeals was maliciously ignored by the medical unit. See various Inmate Grievance - (Health) documents in Attachment-I to the SAC consisting of 7-pages for background.

5. On April 11, 2003, in regards to the constitutional claims as described in the SAC, Paragraph-35 through 45, I initiated my Line Emergency process with the NCI prison officials pursuant to DOC-Admin. Dir. - 9.6(3)(A)(3). All Level-One through Three was maliciously

-4-

ignored by the NCI and DOC prison officials. See various Inmate Grievance documents in Attachment-J to the SAC consisting of 4-pages for background.


Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 6th day of May 2004.

Dated: May 6, 2004     Respectfully submitted,

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

-5-

## CERTIFICATION

This is to certify, that a true copy of the above _Declaration_ was mailed, postage prepaid, on this 6th day of May 2004, pursuant to _Rule-5(b) of the FRCP_, to Henri Alexandri and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

ANTHONY TORRES #246027
(Pro Se Plaintiff)