**FILED**

2004 MAY -6 P 6: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

: Civil Action No.
: 3:03-CV-696
: (JBA)(JGM)
:
:
: May 3, 2004

## PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

The plaintiff moves this court pursuant to <u>Local Rule - 9(b)(2) and Rule - 6(b) of the Federal Rules of Civil Procedure</u>, for a third extension of time, until <u>May 12, 2004</u>, to file his memorandum in opposition to the defendants' motion to dismiss. In support

of this motion the plaintiff submits the following facts:

1. The court's <u>Notice to Pro Se Litigant</u> and its accompanied <u>Endorsement Order</u>, both dated April 23, 2004, was delivered upon the plaintiff on May 3, 2004 between the hours of 3:00PM and 4:30PM by the prison officials at the Northern Correctional Institution in Somers, Connecticut.

2. The court directed the plaintiff to file his memorandum in opposition by May 7, 2004. May 7th is four (4) days away. It is impossible for the plaintiff to meet that deadline and will need until <u>May 12, 2004</u>, without any further extensions, to comply with the court's direction.

3. Due to the plaintiff's incarceration, he is unable to ascertain the defendants' position on this third motion for extension of time.

4. The plaintiff does not believe that the defendants will be prejudice if the third extension, until May 12, 2004, is granted and that the granting of this motion will serve the interest of justice.

WHEREFORE, the plaintiff seeks this court to grant this motion for a third extension of time, until May 12, 2004.

Dated: May 3, 2004         Respectfully submitted,

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Rd., P.O. Box-665
Somers, CT 06071

CERTIFICATION

This is to certify that a true copy of the above motion for a third extension of time was mailed, postage prepaid, on this 3rd day of May 2004, pursuant to Rule-5(b) of the FRCP, to Henri Alexandri and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

ANTHONY TORRES #246027
(Pro Se Plaintiff)

-4-