FILED

2004 MAY 27 P 2: 55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT          **EX PARTE**

ANTHONY TORRES,              Civil Action No.
  Plaintiff,           3:03-CV-696
                             (JBA)(JGM)
 v.

"John" TROMBLY, et al.,
  Defendants.          May 22, 2004


## MOTION FOR EX PARTE ORDER DIRECTING THE DEFENDANTS TO PRESERVE AND MAINTAIN VIDEOTAPES

  The plaintiff hereby moves this court for an _ex parte_ order directing the defendants to preserve and maintain

**EX PARTE**

the below described security videotapes in the matter of the plaintiff's intent to file an additional federal civil action pursuant to Title 42 U.S.C. 1983 in connection with the above-captioned civil action. In support of this motion the plaintiff submits the following facts:

1. On May 1, 2, 5, 15, 16, 17, 20 and 21, 2004, the defendants had provided the plaintiff legal standing to sue the defendants and other prison employees for additional causes-of-action when they retaliated against the plaintiff for refusing to wear his T-shirt in his cell when the medication was being dispensed by issuing various administrative disciplinary infractions and wrongfully denying or withholding his medication from him. The events were all caught on videotape by the prison fix security cameras.

-2-

2. Upon the plaintiff's exhaustion of his state administrative remedies on or before October 15, 2004, the plaintiff will commence an additional federal lawsuit involving the above described incidents of May 2004.

3. However, according to Matthew B. Beizer, Assistant Attorney General, who submitted a sworn affidavit in a pending civil action, <u>TORRES v. VISCOMI, et al</u>, 3:03-CV-796 (SRU)(WIG), U.S. District Court for the District of Connecticut, dated March 12, 2004, had stated that "The fixed camera videotapes at (sic) Northern Correctional Institution are erased and re-recorded every thirty days on a rotational system."

-3-

4. Therefore, based on Mr. Beizer's sworn statement, the videotapes of May 1, 2, 5, 15, 16, 17, 20 and 21, 2004 will erase, automatically, on May 31, 2004, June 1, 4, 14, 15, 16, 19 and 20, 2004 respectively.

5. The plaintiff needs those security videotapes for physical evidence in his upcoming federal lawsuit.

6. The plaintiff, therefore, moves this court, _ex parte_, to order the defendants to preserve and maintain the videotapes caught by the fix security cameras at the Northern Correctional Institution (NCI) - One East Housing Unit (One-East) for the dates and time-periods as described below:

a. <u>May 1, 2004</u> beginning at 6:30 AM and ending on May 2, 2004 at 12:30 PM for a total length of 30-hours. Videotape coverage of Cell #215 in NCI-One East;

b. <u>May 5, 2004</u> beginning at 8:00 AM and ending at 3:00 PM for a total length of 7-hours. Videotape coverage of the south multipurpose/attorney visiting room on the upper tier adjacent to Cell #225 where a <u>Disciplinary Hearing</u> of the plaintiff had taken place in NCI-One East;

-5-

c. <u>May 15, 2004</u> beginning at 7:00 AM and ending at 12:00 noon for a total length of 5-hours. Videotape coverage of Cell #215 in NCI-One East;

d. <u>May 16, 2004</u> beginning at 7:00 AM and ending on May 17, 2004 at 2:00 PM for a total length of 31-hours. Videotape coverage of Cell #215 in NCI-One East;

e. <u>May 20, 2004</u> beginning at 7:00 AM and ending on May 21, 2004 at 2:00 PM for a total length of 31-hours. Videotape coverage of Cell #215 in NCI-One East.

7. The plaintiff is unable to financially afford the service of a subpoena for those videotapes and will need to obtain those videotapes through the discovery process after the commencement of the additional civil action.

WHEREFORE, the plaintiff seeks this court to grant this ex parte order in the interest of justice.

Dated: May 22, 2004    Respectfully submitted,

                        *Anthony Torres*
                        ANTHONY TORRES #246027
                        (Pro Se Plaintiff)
                        Northern Correctional Institution
                        287 Bilton Road
                        Post Office Box - 665
                        Somers, CT 06071

-7-

CERTIFICATION

This is to certify that a true copy of the above motion was mailed, postage prepaid, on this 22nd day of May 2004, pursuant to Rule 5(b) of the FRCP, to Henri Alexandri and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)