UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Anthony Torres                :
                              :
v.                            :   No. 3:03cv696 (JBA)
                              :
John Trombly, et al.          :

Scheduling and Endorsement Order

1. Plaintiff's Motion for Extension of Time to File Reply to Memorandum in Opposition to Motion for TRO [Doc. # 24] is hereby DENIED as moot.

2. Plaintiff's Motion for Writ of Habeas Corpus ad testificandum [Doc. # 32] is hereby DENIED as moot, as plaintiff has filed several pleadings since the date of his motion.

3. Plaintiff's Motion for Court Referral [Doc. # 33] is hereby DENIED.

4. Plaintiff's Motion for Extension of Time to File Response [Doc. # 44] is hereby GRANTED.

5. Parties shall complete all discovery by January 2, 2005.

6. Any dispositive motion shall be filed by February 2, 2005. No pre-filing conference will be required. This case will be deemed trial ready by September 2005.

7. If no dispositive motion is filed, the parties' Joint Trial Memorandum shall be filed by March 1, 2005, and this case will be deemed trial ready thereafter.

8. The parties are referred to the Honorable Joan Glazer Margolis for a settlement conference.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut, this 29th day of June 2004.