UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY TORRES

                                                                          PRISONER

     v.                               CIVIL NO. 3:03CV696 (JBA)

JOHN TROMBLY
DEBBIE KINDNESS
JOHN DUMAS
THERESA LANTZ
THOMAS COATES
PATRICIA WOLLENHAUPT
SHEILA HUGHES
ERIC PURVIS

<u>P A R T I A L   J U D G M E N T</u>

      This cause came on for consideration of the defendants' Motion to Dismiss before the Honorable Janet Bond Arterton, United States District Judge.

      The Court has considered the motion and all the related papers.  On June 29, 2004, the Court filed its Ruling granting the motion and dismissing counts two and four through nine and all claims for monetary damages as to defendants Trombly and Kindness and directing the court to enter judgment for defendants Dumas, Coates, Lantz, Wollenhaupt, Hughes and Purvis and denying the motion as to counts one and three.

      Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of defendants Dumas, Coates, Lantz, Wollenhaupt,

Hughes and Purvis.

      Dated at Bridgeport, Connecticut this 8th day of July, 2004.

                                      KEVIN F. ROWE, Clerk

                                      By   /s/ Cynthia Earle
                                          Cynthia Earle
                                          Deputy Clerk

Entry on Docket _____