**FILED**

2004 JUL -2 P 3:47

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                 EX PARTE

ANTHONY TORRES,              Civil Action No.
       Plaintiff,            3:03-CV-696
                             (JBA)(JGM)

       v.

"John" TROMBLY, et al,
       Defendants.           June 28, 2004

---

MOTION FOR EX PARTE ORDER DIRECTING THE DEFENDANTS TO PRESERVE AND MAINTAIN VIDEOTAPES

The plaintiff hereby moves this court for an order directing the defendants to preserve and maintain the below

---

EX PARTE

described security videotapes in the matter of the plaintiff's intent to commence an additional federal lawsuit in connection to the above-captioned civil action. In support of this motion, the plaintiff submits the following facts:

1. On June 8 and 9, 2004, the defendants and other medical personnel at the Northern prison compound, and including high-ranking UCONN medical employees, had provided the plaintiff with additional legal standing to sue when the plaintiff was denied his medication on June 8th and said denial lasted into the 9th of June 2004. The incident of June 8th, and lasting into June 9th, was caught on videotape by the prison fix security cameras.

2. Upon the plaintiff's exhaustion of his state administrative remedies on or before October 15, 2004, the plaintiff will commence a lawsuit in the U.S. District Court to cover the June 8 and 9, 2004 constitution violation.

3. However, according to Matthew B. Beizer, Assistant Attorney General, who submitted a sworn affidavit in a pending civil action, <u>TORRES v. VISCOMV, et al.</u>, 3:03-CV-796 (SRU)(WIG), U.S. District Court for the District of Connecticut, dated March 12, 2004, had stated that "The fixed camera videotapes at (sic) Northern Correctional Institution are erased and re-recorded every thirty days on a rotational system."

4. Therefore, based on Mr. Beizer's sworn statement, the videotape of June 8, 2004 and June 9, 2004 will erase, automatically, on July 8, 2004 and July 9, 2004 respectively.

5. The plaintiff needs those videotapes for physical evidence in the upcoming civil action the moment the case is filed with the federal court.

6. The plaintiff, therefore, moves this court, ex parte, to order the defendants to preserve and maintain the videotapes caught by the fix security cameras at the Northern Correctional Institution (NCI) – One East Housing Unit (One-East) for the dates and time-period as described below:

June 8 and 9, 2004, beginning at the hour of 6:30 AM of June 8th through June 9th, 2:00 PM for a total of 31½ hours of videotape coverage of Cell #215 in NCI - One East.

7. The plaintiff is unable to financially afford the service of a subpoena for those videotapes and will need to obtain those videotapes through the discovery process after the commencement of a new civil action.

WHEREFORE, the plaintiff seeks this court to grant this ex parte order in the interest of justice.

-5-

Dated: June 28, 2004    Respectfully submitted,

Anthony Torres
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

CERTIFICATION

This is to certify that a true copy of the above ex parte motion was mailed, postage prepaid, on this 28th day of June 2004, pursuant to Rule-5(b) of the FRCP, to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

Anthony Torres
ANTHONY TORRES #246027
(Pro Se Plaintiff)

- 6 -