FILED

2004 JUL 26 P 6: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT                    EX PARTE

ANTHONY TORRES,                  Civil Action No.
       Plaintiff,            : 3:03-CV-696
                        (JBA)(JGM)

      v.

"John" TROMBLY, et al.,:
      Defendants.        July 22, 2004

# MOTION FOR EX PARTE ORDER DIRECTING THE DEFENDANTS TO PRESERVE AND MAINTAIN VIDEOTAPES

The plaintiff hereby moves this court for an order directing the defendants to preserve and maintain

EX PARTE

the below described security videotapes
in the matter of the plaintiff's intent
to commence an additional federal
lawsuit in connection to the above-
captioned civil action. In support of
this motion the plaintiff submits the
following facts:

1. On July 19, 20, 21, 2004,
the medical personnel at the Northern
prison compound, and including high-
ranking UCONN medical employees,
had provided the plaintiff with additional
legal standing to sue when the
plaintiff was denied his medication on
July 19, 20 and 21, 2004 These
incidents were caught on videotape
by the prison fix security cameras.

2. Upon the plaintiff's exhaustion
of his state administrative remedies on
or before December 1, 2004, the plaintiff
will commence a lawsuit in the

-2-

U.S. District Court to cover the above, the above described constitution violations.

3. However, according to Matthew B. Beizer, Assistant Attorney General, who submitted a sworn affidavit in a pending civil action, TORRES v. VISCOMI, et al., 3:03-CV-796 (SRU)(WIG), U.S. District Court for the District of Connecticut, dated March 12, 2004, had stated that "The fixed camera videotapes at (sic) Northern Correctional Institution are erased and re-recorded every thirty days on a rotational system."

4. Therefore, based on Mr. Beizer's sworn statement, the videotapes of July 19, 20 and 21, 2004 will erase, automatically, on August 18, 19 and 20, 2004 respectively.

-3-

5. The plaintiff needs those videotapes for physical evidence in the upcoming civil action the moment the case is filed with the federal court.

6. The plaintiff, therefore, moves this court, ex parte, to order the defendants to preserve and maintain the videotapes caught by the fix security cameras at the Northern Correctional Institution (NCI) — One East Housing Unit (One-East) for the dates and time-period as described below:

July 19, 20 and 21, 2004 beginning at the hour of 6:30 AM of July 19th through July 22nd, 2:30 PM for a total of 80-hours of videotape coverage of Cell #215 in NCI - One East.

- 4 -

7. The plaintiff is unable to financially afford the service of a subpoena for those videotapes and will need to obtain those videotapes through the discovery process after the commencement of a new civil action.

WHEREFORE, the plaintiff seeks this court to grant this ex parte order in the interest of justice.

Dated: July 22, 2004    Respectfully submitted,

Anthony Torres

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correcting Institu...
287 Bilton Road
Post Office Box -665
Somers, CT 06071

-5-

## CERTIFICATION

This is to certify that a true copy of the above ex parte motion was mailed, postage prepaid, on this 22nd day of July 2004, pursuant to Rule-5(b) of the FRCP, to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

ANTHONY TORRES #246027
(Pro Se Plaintiff)