FILED

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,            :   Civil Action No.
        Plaintiff          :   3:03-cv-696
                           :   (JBA)(JGM)
    v.                     :
                           :
"John" TROMBLY, et al.,    :
        Defendants         :   July 23, 2004

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, the plaintiff, ANTHONY TORRES, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the partial order dismissing Counts Four through Nine on the

grounds that the ruling in the dismissal was erroneous to law.

The partial dismissal order was entered in this action on June 29, 2004.

Dated: July 23, 2004    THE PLAINTIFF,

*Anthony Torres*

ANTHONY TORRES #246
Northern Correctional Inst
287 Bilton Road
P.O. Box-665
Somers, CT 06071

- 2 -

## CERTIFICATION

This is to certify that a true copy of the above notice of appeal was mailed, postage prepaid, on this 23rd of July 2004, pursuant to Rule-5(b) of the FRCP, to Henri Alexandri and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*Anthony Torres*
ANTHONY TORRES # 24602
(Pro Se Plaintiff)