FILED

2004 AUG 23 P 5:06

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                    EX PARTE

ANTHONY TORRES                  Civil Action No.
    Plaintiff,                  3:03-CV-696
                                (JBA)(JGM)

        v.

"John" TROMBLY, et al,
    Defendants.                 August 17, 2004


## MOTION FOR EX PARTE ORDER DIRECTING THE DEFENDANTS TO PRESERVE AND MAINTAIN VIDEOTAPES

The plaintiff hereby moves this court for an order directing the defendants to preserve and maintain the below

EX PARTE

described security videotapes in the matter of the plaintiff's intent to commence an additional federal lawsuit in connection to the above-captioned civil action. In support of this motion the plaintiff submits the following facts:

1. On July 26, 2004, the medical personnel at the Northern prison compound, and including high-ranking UCONN medical employees, had provided the plaintiff with additional legal standing to sue when the plaintiff was denied his medication on July 26, 2004. The incident was caught on videotape by the prison fix security cameras.

2. Upon the plaintiff's exhaustion of his state administrative remedies on or before December 15, 2004, the plaintiff will commence a lawsuit in the

-2-

U.S. District Court, to cover the above described constitution violations.

3. However, according to Matthew B. Beizer, Assistant Attorney General, who submitted a sworn affidavit in a pending civil action, TORRES v. VISCOM, et al., 3:03-CV-796 (SRU)(WIG), U.S. District Court for the District of Connecticut, dated March 12, 2004, had stated that "The fixed camera videotapes at (sic) Northern Correctional Institution are erased and re-recorded every thirty days on a rotational system."

4. Therefore, based on Mr. Beizer's sworn statement, the videotapes of July 26, 2004 will erase, automatically, on August 25, 2004.

5. The plaintiff needs those videotapes for physical evidence in the upcoming civil action the moment the case is filed with the federal court.

6. The plaintiff, therefore, moves this court, ex parte, to order the defendants to preserve and maintain the videotapes caught by the fix security cameras at the Northern Correctional Institution (NCI) - One East Housing Unit (One-East) for the date and time period as described below:

July 26, 2004, beginning at the hour of 6:30 AM of July 26th through 2:30 PM of the date of July 27, 2004 for a total of 32 hours of videotape coverage of Cell #215 in NCI - One East.

-4-

7. The plaintiff is unable to financially afford the service of a subpoena for those videotapes and will need to obtain those videotapes through the discovery process after the commencement of a new civil action.

WHEREFORE, the plaintiff seeks this court to grant this ex parte order in the interest of justice.

Dated: August 17, 2004     Respectfully submitted,

_____
ANTHONY TORRIES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

-5-

CERTIFICATION

This is to certify that a true copy of the above ex parte motion was mailed, postage prepaid, on this 17th day of August 2004, pursuant to Rule-5(b) of the FRCP, to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*[signature]*
ANTHONY TORRES #246027
(Pro Se Plaintiff)