2004 SEP -2 P 2: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT              **EX PARTE**

ANTHONY TORRES,            Civil Action No.
        Plaintiff,         3:03-CV-696
                           (JBA)(JGM)

v.

"John" TROMBLY, et al.,
        Defendants.        August 31, 2004

## MOTION FOR EX PARTE ORDER DIRECTING THE DEFENDANTS TO PRESERVE AND MAINTAIN VIDEOTAPES

The plaintiff hereby moves this court for an order directing the defendants to preserve and maintain the below

**EX PARTE**

described security videotapes in the matter of the plaintiff's intent to commence an additional federal lawsuit in connection to the above-captioned civil action. In support of this motion, the plaintiff submits the following facts:

1. On August 30, 2004, the medical personnel at the Northern prison compound, and including high ranking UCONN medical employees, had provided the plaintiff with additional legal standing to sue when the plaintiff was denied his medication on August 30, 2004. The incident was caught on videotape by the prison fix security cameras.

2. Upon the plaintiff's exhaustion of his state administrative remedies on or before December 31, 2004, the plaintiff will commence a lawsuit in the

-2-

U.S. District Court to cover the above described constitution violations.

3. However, according to Matthew B. Beizer, Assistant Attorney General, who submitted a sworn affidavit in a pending civil action, TORRES v. VISCOMI, et al., 3:03-CV-796 (SRU)(WIG), U.S. District Court for the District of Connecticut, dated March 12, 2004, had stated that "The fixed camera videotapes at (sic) Northern Correctional Institution are erased and re-recorded every thirty days on a rotational system."

4. Therefore, based on Mr. Beizer's sworn statement, the videotapes of August 30, 2004 will erase, automatically, on September 29, 2004.

5. The plaintiff needs those videotapes for physical evidence in the upcoming civil action the moment the case is filed with the federal court.

6. The plaintiff, therefore, moves this court, ex parte, to order the defendants to preserve and maintain the videotapes caught by the fix security cameras at the Northern Correctional Institution (NCI) - One East Housing Unit (One-East) for the date and time period as described below:

August 30, 2004 beginning at the hour of 6:30 AM of August 30th through 2:30 PM of the date of August 31, 2004 for a total of 32-hours of videotape coverage of Cell #215 in NCI - One East.

-4-

7. The plaintiff is unable to financially afford the service of a subpoena for those videotapes and will need to obtain those videotapes through the discovery process after the commencement of a new civil action.

WHEREFORE, the plaintiff seeks this court to grant this ex parte order in the interest of justice.

Dated: August 31, 2004     Respectfully submitted,

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

-5-

<u>CERTIFICATION</u>

This is to certify that a true copy of the above ex parte motion was mailed, postage prepaid, on this 31st day of August 2004, pursuant to <u>Rule-5(b)</u> of the FRCP, to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)

- 6 -