FILED

2004 OCT 19 P 3: 28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-CV-696
(JBA)(JGM)

October 15, 2004

PLAINTIFF'S MOTION TO COMPEL DISCOVERY PURSUANT TO RULE-37(a) OF THE FRCP UPON DEFENDANT "John" TROMBLY AND DEBBIE KINDNESS

Pursuant to Rule-37(a) of the Federal Rules of Civil Procedure, the plaintiff moves this court to compel the defendants, "John" TROMBLY and DEBBIE KINDNESS, to answer their

<u>Interrogatories</u> and <u>Request for Production of Documents</u> directed to them.

In support of this motion to compel discovery, the plaintiff submits the accompanied affidavit/declaration seeking this court to order the two defendants to answer the discovery. The plaintiff submits the following facts:

1. On August 12, 2004, the plaintiff had directed his <u>First Set of Interrogatories</u> and <u>First Set of Request for Production</u> at each of the named defendants — Trombly and Kindness. The discovery request does or, could lead to admissible evidence concerning the plaintiff's claims as described in his last filed amended complaint.

2. The plaintiff received no answer or objection from the defendants within the time-period under <u>Rule-33 and 34</u> of the FRCP.

3. On September 19, 2004, the plaintiff wrote to defense counsel seeking their compliance with the discovery rules. The defendants failed to respond to the plaintiff's September 19, 2004 letter.

4. This failure to respond is the second or third incident that the Attorney General's office had failed to respond to my discovery request. The previous failure pertains to TORRES v. VISCOMI, et al., 3:03-CV-796 (SRU)(WIG). It appears that the Attorney General's office has implemented a policy not to respond to a prisoner pro se plaintiff's request for discovery requiring the court's repeated intervention in discovery matters. The defendants' abuse should not be tolerated.

5. The plaintiff's letter to the defendants dated August 12, 2004 was a legitimate attempt to resolve or inquire about the discovery matter as mandated by Rule-37 of the FRCP. Please see the

accompanied affidavit/declaration attached.

WHEREFORE, the plaintiff's motion to compel discovery pursuant to <u>Rule-37(a) of the FRCP</u> upon each of the defendants should be granted.

Dated: October 15, 2004

Respectfully submitted,

_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box -665
Somers, CT 06071

-4-

### CERTIFICATION

This is to certify that a true copy of the above motion to compel discovery was mailed, postage prepaid, on this 15th day of October 2004, pursuant to Rule-5(b) of the FRCP, to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-5-