FILED

2004 OCT 27 P 5:13

DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                    EX PARTE

ANTHONY TORRES,                  Civil Action No.
    Plaintiff,                    3:03-CV-696
                                  (JBA)(JGM)
    v.

"John" TROMBLY, et al.,
    Defendants.                   October 22, 2004

MOTION FOR EX PARTE
ORDER DIRECTING THE
DEFENDANTS TO PRESERVE
AND MAINTAIN VIDEOTAPES

The plaintiff hereby moves this court for an order directing the defendants to preserve and maintain

EX PARTE

the below described security videotapes in the matter of the plaintiff's intent to commence an additional federal lawsuit in connection to the above-captioned civil action. In support of this motion the plaintiff submits the following facts:

1. On October 9 and 10, 2004, the medical personnel at the Northern prison compound, and including high-ranking UCONN-Medical Center employees, had provided the plaintiff with additional legal standing to sue when the plaintiff was denied his medication on those dates. Both incidents were caught on videotape by the prison fix security cameras.

2. Upon the plaintiff's exhaustion of his state administrative remedies on or before February 25, 2005, the plaintiff will commence a lawsuit in the United States District Court to

cover, the above described constitution violations.

3. However, according to Matthew B. Beizer, Assistant Attorney General, who submitted a sworn affidavit in a pending civil action, TORRES v. VISCOMI, et al., 3:03-CV-796 (SRU)(WIG), U.S. District Court for the District of Connecticut, dated March 12, 2004, had stated that "The fixed camera videotapes at (sic) Northern Correctional Institution are erased and re-recorded every thirty days on a rotational system."

4. Therefore, based on Mr. Beizer's sworn statement, the videotapes of October 9 and 10, 2004 will erase, automatically, on November 8 and 9, 2004 respectively.

5. The plaintiff needs those videotapes for physical evidence in the

-3-

upcoming civil action the moment the case is filed with the federal court.

6. The plaintiff, therefore, moves this court, *ex parte*, to order the defendants to preserve and maintain the videotapes caught by the fix security cameras at the Northern Correctional Institution (NCI) – One East Housing Unit (One-East) for the dates and time period as described below:

A. October 9, 2004 beginning at the hour of 6:30AM of October 9th through 2:30PM of the date of October 10, 2004 for a total of 32 hours of videotape coverage of Cell #219 in the NCI - One East;

-4-

B. October 10, 2004, beginning at the hour of 6:30 AM of October 10th through 2:30 PM of the date of October 11, 2004 for a total of 32-hours of videotape coverage of Cell #219 in the NCI-One East.

7. The plaintiff is unable to financially afford the service of a subpoena for those videotapes and will need to obtain those videotapes through the discovery process after the commencement of a new civil action.

WHEREFORE, the plaintiff seeks this court to grant this ex parte motion in the interest of justice.

-5-

Dated: October 22, 2004

Respectfully submitted,

Anthony Torres
_____
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box 665
Somers, CT 06071

## CERTIFICATION

This is to certify that a true copy of the above ex parte motion was mailed, postage prepaid, on this 22nd day of October 2004, pursuant to Rule 5(b) of the FRCP to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-7-