FILED

2004 NOV 12 P 4:42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT                    EX PARTE

ANTHONY TORRES,                 Civil Action No.
   Plaintiff,                   : 3:03-CV-696
                                  (JBA)(JGM)
   v.

"John" TROMBLY, et al.,
   Defendants                   November 9, 2004

MOTION FOR EX PARTE
ORDER DIRECTING THE
DEFENDANTS TO PRESERVE
AND MAINTAIN VIDEOTAPES

The plaintiff hereby moves this court for an order directing the defendants to preserve and maintain

EX PARTE

the below described security videotapes in the matter of the plaintiff's intent to commence an additional federal lawsuit in connection to the above-captioned civil action. In support of this motion the plaintiff submits the following facts:

1. On October 26, 27 and 29, 2004, the medical personnel at the Northern prison compound, and including high-ranking UCONN-Health Center employees had provided the plaintiff with additional legal standing to sue when the plaintiff was denied his medication on those dates. Each of the three incidents were caught on videotape by the prison fix security cameras.

2. Upon the plaintiff's exhaustion of his state administrative remedies on or before March 15, 2005, the plaintiff will commence a lawsuit in the United States District Court to

cover, the above described constitution violations.

3. However, according to Matthew B. Beizer, Assistant Attorney General, who submitted a sworn affidavit in a pending civil action, TORRES v. VISCONTI, et al. 3:03-CV-796 (SRU)(WIG), U.S. District Court for the District of Connecticut, dated March 12, 2004, had stated that "The fixed camera videotapes at (sic) Northern Correctional Institution are erased and re-recorded every thirty days on a rotational system."

4. Therefore, based on Mr. Beizer's sworn statement, the videotapes of October 26, 27 and 29, 2004 will erase, automatically, on November 25, 26 and 28, 2004 respectively.

5. The plaintiff needs those videotapes for physical evidence in the

-3-

upcoming civil action the moment the case is filed with the federal court.

6. The plaintiff, therefore, moves this court, ex parte, to order the defendants to preserve and maintain the videotapes caught by the fix security cameras at the Northern Correctional Institution (NCI) - One East Housing Unit (One-East) for the dates and time-period as described below:

<u>October 26, 27 and 29, 2004</u> beginning at the hour of 6:30AM of October 26th through 2:30PM of the date of October 30, 2004 for a total of 104-hours of videotape coverage of Cell #219 in the NCI-One East.

-4-

7. The plaintiff is unable to financially afford the service of a subpoena for those videotapes and will need to obtain those videotapes through the discovery process after the commencement of a new civil action.

WHEREFORE, the plaintiff seeks this court to grant this ex parte motion in the interest of justice.

Dated: November 9, 2004

Respectfully submitted,

*Anthony Torres*

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

<u>CERTIFICATION</u>

This is to certify that a true copy of the above <u>ex parte</u> motion was mailed, postage prepaid, on this 9th day of November 2004, pursuant to <u>Rule-5(b) of the FRCP</u> to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)