FILED

2005 JAN -3 P 4:34

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,     Civil Action No.
   Plaintiff,     3:03-CV-696
                                                    (JBA)(JGM)

v.

"John" TRUMBLY, et al.,
   Defendants.     December 24, 2004

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The plaintiff hereby moves this court for an extension of time, until July 5, 2005, to complete discovery. In support of this motion the plaintiff submits the following facts:

1. The plaintiff had filed his Motion to Compel Discovery last October 19, 2004.

2. On November 22, 2004, the plaintiff had wrote to Magistrate Joan G. Margolis seeking the court to expedite the adjudication of the plaintiff's Motion to Compel Discovery.

3. As of today, the District Court has failed to act on the Motion to Compel Discovery, and the discovery process is scheduled to end on or about January 2, 2005.

4. The plaintiff cannot adequately prosecute his civil action when the District Court is not adjudicating his motions within a reasonable time-period and he believes that a possible second wave of discovery requests will be initiated depending upon the responses he receives from

the defendants on the first wave which are a current issue in the Motion to Compel Discovery.

5. This motion for extension of time is being submitted in good-faith and not to cause any delays.

6. The plaintiff is unable to determine the position of the defendants in this motion for extension of time due to his incarceration.

WHEREFORE, the plaintiff respectfully seeks this court to grant this motion for extension of time, until July 5, 2004, to complete discovery and ask the court to also apply the extension to the pleadings as well.

Dated: December 24, 2004

Respectfully submitted,

*Anthony Torres* (signature)

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
P.O. Box - 665
Somers, CT 06071

### CERTIFICATION

This is to certify that a true copy of the above motion for extension of time to complete discovery was mailed, postage prepaid, on this 24th day of December 2004, pursuant to Rule-5(b) of the FRCP to Henri Alexandre and Steven R. Strom, Asst Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105

*Anthony Torres* (signature)

ANTHONY TORRES #246027
(Pro Se Plaintiff)

-4-