FILED

UNITED STATES DISTRICT COURT 2005 JAN 19 P 4:51

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT CONN    EX PARTE

ANTHONY TORRES,                         Civil Action No.
    Plaintiff,                        : 3:03-CV-696
                                        (JBA)(JGM)

v.                                     :


"John" TROMBLY, et al,                 :
    Defendants                           January 14, 2005
                                       :


MOTION FOR EX PARTE
ORDER DIRECTING THE
DEFENDANTS TO PRESERVE
AND MAINTAIN VIDEOTAPES

The plaintiff hereby moves this court for an order directing the defendants to preserve and maintain

EX PARTE

the below described security videotapes in the matter of the plaintiff's intent to commence an additional federal lawsuit in connection to the above-captioned civil action. In support of this motion the plaintiff submits the following facts:

1. On January 1, 2005, the medical personnel at the Northern prison compound, and including high-ranking UCONN-Health Center employees had provided the plaintiff with additional legal standing to sue when the plaintiff was denied his medication on that date. This incident was caught on videotape by the prison fix security cameras.

2. Upon the plaintiff's exhaustion of his state administrative remedies on or before April 25, 2005, the plaintiff will commence a lawsuit in the United States District Court to cover the above described constitution violation.

-2-

3. However, according to Matthew B. Beizer, Assistant Attorney General, who submitted a sworn affidavit in a pending civil action, TORRES v. VISCONI, et al., 3:03-CV-796 (SRU)(WIG), U.S. District Court for the District of Connecticut dated March 12, 2004, had stated that "The fixed camera videotapes at (sic) Northern Correctional Institution are erased and re-recorded every thirty days on a rototunal system."

4. Therefore, based on Mr. Beizer's sworn statement, the videotapes of January 1, 2005 will erase, automatically, on January 31, 2005.

5. The plaintiff needs those videotapes for physical evidence in the upcoming action the moment the case is filed with the federal court

-3-

6. The plaintiff, therefore, moves this court, ex-parte, to order the defendants to preserve and maintain the videotapes caught by the fix security cameras at the Northern Correctional Institution (NCI) - One West Housing Unit (One-West) for the date and time-period as described below:

January 1, 2005 beginning at the hour of 6:30 AM of January 1, 2005 through 3:00 PM of January 2, 2005 for a total of 32½-hours of videotape coverage of Cell #208 in the NCI-One West

7. The plaintiff is unable to financially afford the service of a subpoena for those videotapes and will need to obtain those videotapes through the discovery process after the commencement of a new civil action

-4-

WHEREFORE, the plaintiff seeks this court to grant this ex parte motion in the interest of justice.

Dated: January 14, 2005

Respectfully submitted,

Anthony Torres

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

-5-

CERTIFICATION

This is to certify that a true copy of the above ex parte motion was mailed, postage prepaid, on this 14th day of January, 2005, pursuant to Rule 5(b) of the FRCP to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-6-