UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JAN 24  P 3: 11

U.S. DISTRICT COURT
NEW HAVEN, CT

ANTHONY TORRES

v.

JOHN TROMBLY, ET AL.

PRISONER
Case No. 3:03CV696 (JBA) (JGM)

## RULING ON PENDING MOTIONS

Pending before the court are ten motions to preserve videotapes filed by the plaintiff. For the reasons set forth below, the motions are denied.

The plaintiff asks the court to order the defendants to preserve videotapes of various incidents beginning on May 1, 2004. He claims that he needs the videotapes to file new lawsuits and that the videotapes are erased every thirty days.

The court has no authority to order the defendants to preserve videotapes that are unrelated to the allegations in this action. Furthermore, the plaintiff does not allege that he has made any requests to prison officials to preserve the videotapes prior to filing these motions. Accordingly, the plaintiff's Motions to Preserve Videotapes **[docs. ## 45, 49, 50, 51, 53, 54, 55, 57, 58, 60]** are **DENIED**.

SO ORDERED at New Haven, Connecticut, this 24th of January, 2005

_____
Joan G. Margolis
United States Magistrate Judge