UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY TORRES

v.                                                   PRISONER
                                          Case No. 3:03CV696 (JBA) (JGM)

JOHN TROMBLY, ET AL.

## RULING ON PENDING MOTIONS

Pending before the court is a motion for extension of time, a motion to compel and a motion to preserve videotapes filed by the plaintiff. For the reasons set forth below, the motion to preserve videotapes is denied and the motion to compel and for extension of time are granted.

I.   **Motion to Preserve Videotapes [docs. # 61]**

The plaintiff asks the court to order the defendants to preserve videotapes for January 1 and 2, 2005, to enable him to file new lawsuits. He claims the videotapes are erased every thirty days.

The court has no authority to order the defendants to preserve videotapes that are unrelated to the allegations in this action. Furthermore, the plaintiff does not allege that he has made any requests to prison officials to preserve the videotapes prior to filing these motions. Accordingly, the plaintiff's motion is denied.

II.   **Motion to Compel [doc. # 56]**

The plaintiff seeks to compel defendants Trombly and Kindness to respond to his August 12, 2004, interrogatories and requests for production. The plaintiff has made a good faith effort to resolve this discovery dispute prior to filing this motion. On September 19, 2004, the plaintiff wrote to counsel for the defendants attempting to elicit a response to the discovery requests. The defendants have not responded to the motion to compel. The motion to compel is granted absent objection. Defendants Kindness and Trombly are directed to respond to the August 12, 2004, interrogatories and requests for production on or before February 25, 2005.

III  Motion for Extension Time [doc. # 59]

The plaintiff seeks an extension of the deadline for completing discovery set forth in the court's scheduling order filed on June 29, 2004. Because the court has issued an order directing the defendants to respond to plaintiff's discovery requests on or before February 25, 2005, the court will extend the time for completion of discovery until February 25, 2005.

## Conclusion

The plaintiff's Motion to Compel [doc. # 56] is GRANTED absent objection. Defendants Kindness and Trombly are directed to respond to the August 12, 2004, interrogatories and requests for production on or before February 25, 2005. The Motion to Preserve Videotapes [doc. # 61] is DENIED. The Motion for Extension of Time [doc. #27] to complete discovery is GRANTED in part.

1. Parties Shall Complete Discovery by February 25, 2005.

2. All motions for summary judgment shall be filed by March 25, 2005. No pre-filing conference will be required. This case will be deemed trial ready by September 2005.

3. If no motions for summary judgment are filed, the parties' Joint Trial Memorandum shall be filed by April 25, 2005, and this case will be deemed trial ready thereafter.

SO ORDERED in New Haven, Connecticut, this 31st of January, 2005

Joan G. Margolis
United States Magistrate Judge