UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | CIVIL NO. 3:00CV2253 (JGM) |
| | : | |
| V. | : | |
| | : | |
| C/O TROMBLY, ET AL. | : | FEBRUARY 24, 2005 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSES AND/OR OBJECTIONS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO DEFENDANTS CORRECTION OFFICER TROMBLY AND NURSE DEBORAH KINDNESS

The defendants, Correctional Officer (C/O) Trombly and Nurse Deborah Kindness, by and through their undersigned counsel and pursuant to Local Rule 7(b) of the Rules of the United States District Court of the District of Connecticut, hereby move this court for a three week extension of time, to and including March 18, 2005, within which to file their responses and/or objections to plaintiff's interrogatories and requests for production of documents in this case, prior to filing the defendants' summary judgment motion as to the merits of this case. The plaintiff is a pro se incarcerated prisoner, and his position with regard to this motion has not been ascertained. This is the first motion for extension of time with regard to this discovery deadline ordered by the court in response to plaintiff's motion to compel.

Previously, the defendants were unaware of the plaintiff's discovery request and were only informed by way of an electronic notification from the court. In connection with said notification, the defendants obtained from the PACER website the plaintiff's discovery. This discovery has only recently been received in this office. Moreover, upon receipt of the Court's ruling undersigned counsel ascertained that Nurse Kindness no longer is assigned to Northern CI and is on vacation, and thus cannot complete her responses prior to February 25, 2005. Plaintiff

also requested his entire medical file and said file has been requested but has not yet been copied or received. It is impossible to complete the discovery responses for Nurse Kindness without obtaining the medical records, meeting with other staff at Northern, all of which necessitates the extension of time in this matter. Undersigned counsel has been on trial in a jury trial in Bridgeport federal court in Barile v. Drummond, 3:00cv2253(HBF) from February 1-4, 2005. This trial took place immediately after a month of extremely hectic and busy litigation in the state habeas court, trial courts, Connecticut Supreme Court, Second Circuit and United States Supreme Court, in a whole variety of litigation matters associated with the execution of Michael Ross which had been ordered by the Superior Court for January 26, 2005. Thus, undersigned counsel was completely engaged in other matters and unable to work on the instant case.

On this date, February 24, 2005, C/O Trombly has completed and signed his interrogatories and requests for production and copies are being sent to the plaintiff. This extension of time is primarily designed to allow further time for Nurse Kindness who does not have access to plaintiff's medical file.

DEFENDANTS
C/O Trombly, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax: (860) 808-5591
E-Mail:  steven.strom@po.state.ct.us
Federal Bar No. #ct01211

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of February , 2005:

Anthony Torres, # 246027
Northern Correctional Institution
POB 665
Somers, CT 06071

    /s/
Steven R. Strom
Assistant Attorney General