UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | CIVIL NO. 3:03CV696 (JBA)(JGM) |
| v. | : | |
| "JOHN" TROMBLY, ET AL. | : | MARCH 23, 2005 |

## NOTICE OF COMPLIANCE WITH REQUEST FOR PRODUCTION

The defendants give notice that on this date the plaintiff was mailed his entire D.O.C. medical file consisting of 450 pages.

                          DEFENDANTS
                          "John" Trombly, Et Al.

                          RICHARD BLUMENTHAL
                          ATTORNEY GENERAL

BY:   /s/_____
        Steven R. Strom
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct01211
        E-Mail: steven.strom@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 23rd day of March, 2005:

Anthony Torres, Inmate #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

__/s/_____
Steven R. Strom
Assistant Attorney General