**FILED**

2005 APR 11 P 2:52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-CV-696
(JBA)(JGM)

March 4, 2005

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND/OR OBJECTIONS TO INTERROGATORIES AND REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT TROMBLY AND KINDNESS

The plaintiff, Anthony Torres, hereby objects to the defendant's motion for extension of time on the grounds that

their motion was submitted in bad-faith, to cause further delays and to circumvent the discovery rules. This objection is supported by the following facts:

1. The plaintiff had served both defendants with the first set of interrogatories and first set of request for production on August 12, 2004 — over six (6) months ago. The defendants have falsely claim that they were not served with the plaintiff's discovery request. The false statement by the defendants were made knowingly and for the sole purpose of circumventing the plaintiff's discovery request.

2. On September 19, 2004, the plaintiff wrote to the defendants seeking an explanation for their failure to respond to his August 12, 2004 discovery request. That September 19,

-2-

2004 letter was also deliberately ignored by the defendants for the purpose of circumventing the plaintiff's discovery request.

3. On October 15, 2004, the plaintiff, after making a good-faith attempt to resolve the discovery dispute with the defendants, had initiated a motion to compel discovery with this court.

4. Unfortunately, the District Court took approximately four (4) months to rule on the plaintiff's motion to compel discovery - all to the detriment of the plaintiff. <u>It should be noted that the defendants never took the opportunity of opposing the plaintiff's motion to compel discovery.</u>

5. The District Court directed the defendants until February 25, 2005 to

-3-

respond to the August 12, 2004 interrogatories and request for production.

6. And now, to add salt-to-the-wound, the defendants are seeking an extension of time until March 18, 2005. The defendants motion had made repeated false statements of not receiving the August 12, 2004 discovery request. The defendants' motion also contain one flaky excuse after another to wrongfully justify their alleged need for an extension of time. None of their flaky excuses can be taken seriously.

7. The February 24, 2005 responses on Trombly's entire interrogatories and request for production was deliberately evasive to obstruct the discovery process.

8. The defendants are not entitled to any extension of time when

they had more than six (6) months to respond. The plaintiff is entitled to adequate, and reasonable handling of this discovery dispute by this very court. The defendants' motion for extension of time should be denied.

March 4, 2005

Submitted,
*Anthony Torres*

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box -665
Somers, CT 06071

-5-

## CERTIFICATION

This is to certify that a true copy of the above objection was mailed, postage prepaid, on this 4th day of March 2005, pursuant to Rule-5(b) of the FRCP, to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)