UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | CIVIL NO. 3:03CV696(JBA)(JGM) |
| v. | : | |
| JOHN TROMBLY, ET. AL. | : | April 20, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The remaining defendants, "John" [Anthony] Trombly, and Deborah Kindness, ("defendants") respectfully request that the Court grant their motion for summary judgment as to any and all remaining claims against them in their individual capacities. The material facts at issue in this case are not in genuine dispute, and thus, summary judgment is appropriate. The defendants have submitted the affidavits of Dr. Edward Blanchette, Nurse Kindness, and Correction Officer (C/O) Trombly, and a Local Rule 56 (a)(1) Statement, together with a memorandum of law, and a notice to the pro se litigant pursuant to Local Rule 56. There is no evidence to support plaintiff's claims which are lacking any arguable legal basis; see 28 U.S.C. § 1915(e)(2)(B)(I).

DEFENDANTS
"John" Trombly, et.al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  ___/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct 01211
E-Mail:  steven.strom@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of April, 2005:

Anthony Torres, #246027  
Northern CI  
PO Box 665  
Somers, CT 06071

                                                    __/s/_____  
                                                    Steven R. Strom  
                                                    Assistant Attorney General