UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ANTHONY TORRES | ) | PRISONER<br>CIVIL NO. 3:03CV696(JBA)(JGM) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| JOHN TROMBLY, ET.AL. | ) | APRIL 20, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, John Trombly, et.al., have manually filed the following documents:

Attachment A: Attachment to Affidavit of Dr. Edward Blanchette, M.D. – Inmate Torres medical records.

Attachment A: Attachment to Affidavit of Deborah Kindness – Inmate Torres medical records.

These document has not been filed electronically because:

[ X ]  **Medical Records – manual filing only is ordered**

[  ]  the document or thing cannot be converted to an electronic format

The document or thing has been manually served on all parties.

DEFENDANTS
"John" Trombly, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   __/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of April, 2005:

Anthony Torres, Inmate #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

                                                                               /s/_____
                                                                              Steven R. Strom
                                                                              Assistant Attorney General