UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | CIVIL NO. 3:03CV696(JBA)(JGM) |
| v. | : | |
| JOHN TROMBLY, ET.AL. | : | APRIL 15, 2005 |

### AFFIDAVIT OF ANTHONY TROMBLY

I, ANTHONY TROMBLY, being duly sworn hereby depose and say:

1. I am employed as a correction officer by the Connecticut Department of Correction, and I have been so employed since October 5, 1990. I have been employed at Northern CI since it opened.

2. My duties include care and custody of inmates, and providing for reasonable safety and security for staff, inmates, the facility and the public.

3. At times, I may be assigned to be an escorting officer to provide a security escort for any staff or visitor who requires an escort.

4. On March 16, 2003, according to a medical refusal form of which I am advised by my attorney, Nurse Kindness was assigned to pass out medication, and I was assigned as an escorting officer for her.

5. My duties do not include, nor have they ever included, passing out medication.

6. My primary duty when escorting a nurse doing med pass is to make sure the inmate is awake, and presents himself properly at the cell door. The inmate should be respectful and cooperative, following my instructions, in order to accept medication which is going to be offered to him by the nurse.

7. In order to pass meds, I escort the nurse to the designated cell, I knock on the door, which is a solid steel door with a small window, and I announce that the nurse is present for meds. The inmate remains in the cell for safety and security of staff, and medication is given if the inmate is properly attired, following orders, and cooperative.

8. The inmate must come to the door, and I have to open the slot, often called the "trap," which is usually secured from the outside, and which I open so that the nurse may pass the med to the inmate through the slot in the door.

9. The nurse will give the medication to the inmate and basically I am just a security escort.

10. I do not know what medications are given, nor do I know for what reason a medication is ordered. That kind of information is kept confidential and is solely known to the nurse, who is being escorted and who is responsible for medication administration.

11. If the inmate is cooperative, and follows orders given, he will come to the door, take the medication which is offered, and stand next to the door, with his mouth visible through the window. The nurse will ask the inmate to open his mouth for a mouth check to make sure the inmate swallows the medication. I have observed this procedure performed by nurses, but I do not get involved in the medical issues. I am just there for safety and security concerns.

12. Obviously, if an inmate refuses to cooperate, for example by not following orders, not getting dressed properly, engaging in hostile verbal exchanges, or if the inmate demonstrates a belligerent attitude, for example by refusing to come to the door, the nurse may not be able to offer the medication due to the safety and security issues posed by the inmate.

13. Staff have been assaulted through the slot in the door with unknown liquid substances, often stored by the inmate in his toilet, to include toilet water and human waste. If an inmate

refuses his medication, that refusal would usually be documented by medical, or if it involved a custody response, by custody.

14.     Although I do not specifically remember March 16, 2003, I do know Anthony Torres because of my duties here at Northern CI, and I am familiar with his behavior and attitude. He is often disgruntled, angry and hostile toward staff, and is easily provoked when asked to follow rules and policies which are in place for the safety and security of staff and inmates.

15.     I did not in any way conspire with Nurse Kindness to deny inmate Torres his medication on March 16, 2003. If inmate Torres did not get his medication it was completely due to his own behavior, because the nurse was ready to offer it. It is the responsibility of the inmate to follow orders and cooperate with staff. Indeed, if inmate Torres refused to cooperate it would be impossible to hand him the medication and do a mouth check, since the inmate is on the inside of the cell, and his cooperation is critical to the safe and secure passing of the med by the nurse.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
Anthony Trombly

Subscribed and sworn to before me this _15_ day of April 2005.

_____
Steven R. Strom
Commissioner of the Superior Court

3