UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 23 P 4: 47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-cv-696
(JBA)(JGM)

May 17, 2005

## PLAINTIFF'S MOTION, NUNC PRO TUNC, FOR EXTENSION OF TIME TO FILE MISSING MOTIONS AND OTHER DOCUMENTS

The plaintiff hereby moves this court, nunc pro tunc, for an extension of time to file missing motions and other documents as described in his previous motion to stay the defendants' Motion For Summary Judgment.

In the plaintiff's motion to stay, the plaintiff informed the court that he would mail to the Clerk's office a copy of any and all missing motions and other documents by May 16, 2005. The plaintiff had not been able to mail a copy of those papers by the 16th of May 2005 due to his inability to obtain all the photocopies needed by that date.

Counselor Peterson at the Northern prison stated to the plaintiff that the reproduction of the motions and documents will be completed by May 24, 2005 and the plaintiff was advised to be patient.

This motion for an extension of time is being submitted to this court in good-faith and not for the purpose of causing a delay.

-2-

The plaintiff is incarcerated and is unable to ascertain the defendants' position on this application for extension of time and he doesn't anticipate any further delays.

WHEREFORE, the above motion, ~~nunc pro tunc~~, for an extension of time until May 24, 2005 to mail a copy of any and all missing motions and documents to the Clerk's office should be granted in the interest of justice.

Dated: May 17, 2005   *Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

-3-

## CERTIFICATION

This is to certify that a true copy of the above motion was mailed, postage prepaid, on this 17th day of May 2005, pursuant to <u>Rule 5(b) of the FRCP</u>, to Henri Alexandre and Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-4-