UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


ANTHONY TORRES
                                                                          PRISONER

    v.                                          CIVIL NO. 3:03CV696 (JBA)

JOHN TROMBLY
DEBBIE KINDNESS
JOHN DUMAS
THERESA LANTZ
THOMAS COATES
PATRICIA WOLLENHAUPT
SHEILA HUGHES
ERIC PURVIS


## F I N A L   J U D G M E N T

This cause came on for consideration of the defendants' Motion for Summary Judgment before the Honorable Janet Bond Arterton, United States District Judge.

On June 29, 2004, the Court considered a motion to dismiss filed by the defendants and filed its Ruling granting the motion and dismissing counts two and four through nine and all claims for monetary damages as to defendants Trombly and Kindness and directing the court to enter judgment for defendants Dumas, Coates, Lantz, Wollenhaupt, Hughes and Purvis and denying the motion as to counts one and three.  On July 12, 2004, the Clerk entered a partial judgment in favor of defendants Dumas, Coates, Lantz, Wollenhaupt, Hughes and Purvis.

The Court has considered the motion for summary judgment filed by defendants Kindness and Trombly and all the related papers. On March 22, 2006, the Court filed its Ruling granting defendants' motion as to all claims against defendants Kindness and Trombly.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants Trombly and Kindness. Partial judgment having entered in favor of defendants Dumas, Coates, Lantz, Wollenhaupt, Hughes and Purvis in July 2004, the case is now closed.

Dated at Bridgeport, Connecticut this 28th day of March, 2006.

                                        KEVIN F. ROWE, Clerk

                                        By    /s/ Cynthia Earle
                                                Cynthia Earle
                                                Deputy Clerk

Entry on Docket _____