FILED

2006 APR 19 P 3: 45

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

                                              :

ANTHONY TORRES,                               :    Civil Action No.
        Plaintiff,                            :    3:03-CV-696
                                              :    (JBA) (JGM)
                                              :
        v.                                    :
                                              :
"John" TROMBLY, et al.,                       :
        Defendants.                           :    March 30, 2006
                                              :
_____            :

## MOTION FOR RELIEF FROM JUDGMENT — Rule-60(b)(3) and 60(b)(6) of the FRCP

The plaintiff, Anthony Torres, hereby moves this court for relief from the judgment entered by this court on or about March 22, 2006. This motion for relief is pursuant to Rule-60(b)(3) and 60(b)(6) of the Federal Rules of Civil Procedure, claiming

misconduct and various criminal, unconstitutional and malicious acts of obstruction by prison employees and officials, at the plaintiff's place of confinement, in connection to his free access to this court and due process violations.

This motion should be considered as timely filed within Rule-4(a)(4)(A)(vi) of the Federal Rules of Appellate Procedure so that the plaintiff's rights to a possible appeal is preserved. In support of this motion for relief from the judgment, the plaintiff submits the accompanied sworn affidavit/declaration and the following facts:

1. For approximately 24-months, the prison employees and officials at the Northern supermaximum-security prison have intentionally, selectively and unconstitutionally intercepted the

-2-

plaintiff's outgoing legal-priviledged mail addressed to the federal court Clerk in Bridgeport which contain motions and other legal papers. It is clear to the plaintiff that the obstruction is design to effectively hinder and frustrate his adequate prosecution of the above-captioned civil action, and various other federal and state civil cases, against Northern prison and UCONN medical personnel.

2. Since August 30, 2005, the plaintiff's civil litigation files (consisting of court papers, work product and confidential-priviledged documents) for the above-captioned civil action, and various other federal and state civil cases, against Northern prison and UCONN medical personnel, including personal property, and human rights monitoring documents, have been the relentless and systematic target of confiscation, theft and/or destruction

-3-

by these prison employees and officials.

3. The high-ranking prison officials are refusing to permit the plaintiff to conduct an adequate, combined and careful inventory of his 16-plus property file boxes containing legal papers to determine, exactly, which documents have been stolen, or had been maliciously destroyed by them.

4. By information and believe, Assistant Attorney General, Madeline A. Melchionne, and other staff members of the AG's office, was involved in the unconstitutional confiscation and/or criminal theft and destruction of the plaintiff's legal papers and files described above. This specific involvement occurred after-the-fact.

5. The plaintiff is unable to adequately prosecute the above-captioned

-4-

civil action unless all his legal papers
are returned to him and that the
prison officials end the unconstitutional
interception of his outgoing mail
to the federal Clerk's office in
Bridgeport.

6. It should be noted that
the AG's office involvement, as described
above, has seriously compromised the
plaintiff's work product and confidential-
privileged material in the civil
litigation files. The plaintiff's adequate
prosecution of the above-captioned
civil action, and various other federal
and state civil cases, has been harmed.

7. The plaintiff received the
court's Ruling of Defendants' Motion
for Summary Judgment on March
28, 2006. The plaintiff is currently
seeking this court to hold a hearing
regarding the obstruction and to provide
the plaintiff with a Docket Sheet

Dated: March 30, 2006

Respectfully submitted,

Anthony Torres

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071


CERTIFICATION

This is to certify that a true copy of the above motion for relief from judgment was mailed, postage prepaid, on the 30th of March 2006, to Steven R. Strom, Assistant Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

Anthony Torres

ANTHONY TORRES #246027
(Pro Se Plaintiff)

-7-