UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ANTHONY TORRES | : | PRISONER<br>CIVIL NO. 3:03CV696(JBA)(JGM) |
| v. | : |  |
| JOHN TROMBLY, ET.AL. | : | MAY 10, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANTS' OPPOSITION TO
MOTION FOR RELIEF FROM JUDGMENT**

The defendants respectfully seek a one week extension of time up to and including May 17, 2006 to file their opposition to plaintiff's motion for relief from judgment. The reason for this extension is that undersigned counsel met with staff at Northern CI on May 9, 2006, and affidavits are in the process of being reviewed by witnesses, who have to make sure they are true and accurate. Then, arrangements are to be made for those affidavits to be notarized and sent to the Office of the Attorney General. They have not yet been received as of the time of preparing this motion. In addition, undersigned counsel has two motions for preliminary injunctions due in other district court cases, and briefs due on May 15, 2006, which require the undersigned attorney to be out of the office, interviewing staff and preparing affidavits in those other cases, which are also due at the same time. The research is mostly complete on the memorandum in this case and it is anticipated that one week will be sufficient to obtain the affidavits and complete the memorandum and other opposition papers.

        DEFENDANTS
        C/O Trombly, et.al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        BY:__/s/_____
           Steven R. Strom
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT  06105
           Federal Bar #ct01211
           E-Mail:  steven.strom@po.state.ct.us
           Tel.: (860) 808-5450
           Fax: (860) 808-5591

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing  was mailed to the following on this 10th day of May, 2006:

        Anthony Torres, #246027
        Northern CI
        POB 665
        Somers, CT 06071

        ___/s/_____
        Steven R. Strom
        Assistant Attorney General