UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | CIVIL NO. 3:03CV696(JBA)(JGM) |
| v. | : | |
| JOHN TROMBLY, ET.AL. | : | MAY 10, 2006 |

### AFFIDAVIT OF JEF FARGO

I, Jef Fargo, being duly sworn hereby depose and say:

1. I am employed as a Counselor by the Connecticut Department of Correction (DOC). I am presently a Counselor for the 1-east housing unit at Northern CI. My duties include provision of supplies for legal mailings for inmates in the 1- East housing unit, where the plaintiff Anthony Torres, #246027, is housed. I have become very familiar with the conduct and issues raised by inmate Anthony Torres as a result of my duties as counselor.

2. I have attached hereto true and accurate copies of my Inmate Contact sheets for inmate Anthony Torres, #246027, which are business records of the DOC, made pursuant to my duties as counselor. These records are made at the time of the transactions reflected therein and truly and accurately record the dates, and the amounts of paper, legal envelopes and mailings given to Mr. Torres. These records reflect the following:

3. On 10-20-05 I gave plaintiff 15 legal envelopes (listed as "legal") and 3 pads of paper. The pads each contain fifty lined pages. The envelopes can be either standard letter size envelopes or manila envelopes. On 10- 24-05 I gave Mr. Torres two envelopes for "Free Postage," ("2 FP") which can be used for either social or legal mail. I also gave him 3 more pads.

4. As reflected in my records nearly every week since then to the present I have given Mr. Torres, 3 legal pads (50 pages each, lined paper), on 10-31-05, 11-7,05, 11-21-05, 11-28-05, 12-

5-05, 12-20-05, 12-27-5, 1-3-06, 1-17-06 (2 pads only that week), 1-30-06, 2-14-06, 2-22-06, 3-20-06, 4-3-06, 4-10-06, 4-17-06, 4-24-06, and 5-3-06.

5.  Also almost every week plaintiff has been given two "FP" or free postage envelopes which he can use to send legal mail to the courts if he wishes.

6.  My records also reflect that plaintiff has been given additional legal envelopes, over and above the standard 5 free legal envelopes per month allowed by A.D. 10.7. For example, most recently he was given 15 free legal envelopes on 5-3-06, and just prior to that in April he was given 15 legal envelopes, on 4-3-06, in March 20 legal envelopes on 3-6-06, 21 legal envelopes on 1-3-06.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
Jeff Fargo

Subscribed and sworn to before me this 10th day of May, 2006.

MARK R. SUSE
NOTARY PUBLIC
MY COMMISSION EXPIRES 03/31/2007

_____
Notary Public/
Commissioner of the Superior Court

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 15 day of May, 2006:

Anthony Torres, #246027
Northern CI
POB 665
Somers, CT 06071

_____
Steven R. Strom
Assistant Attorney General

2

## INMATE CONTACT SHEET

| NAME | NUMBER | CELL | DATE ARRIVED | EST. DATE | PROFILE | GANG AFFILIATION | PHASE |
|------|--------|------|--------------|-----------|---------|------------------|-------|
| Torres | # 246027 | | | | | | |

| DATE | ISSUE | | | RESOLUTION | | | |
|------|-------|---|---|------------|---|---|---|
| 10-20-05 | 15 Legal / 3 pads | | | 11-28-05 2FP / 3 pads | | | |
| 10-24-05 | 2FP / 3 pads | | | 12-5-05 2FP / 3 pads | | | |
| 10-27-05 | Legal | | | 12-20-05 2FP / 3 pads | | | |
| 10-31-05 | 3 pads / 2FP | | | 12-27-05 2FP / 3 pads | | | |
| 11-7-05 | 3 pads | | 1-3-06 | 3 pads / 2FP / 3¢ Legal | | | |
| 11-14-05 | 2FP / 3 pads | | 1-17-06 | 2FP / 2 pads | | | |
| 11-21-05 | 2FP / 3 pads | | 1-23-06 | 2FP | | | |

1-30-06  2FP / 3 pads

NCI 114

# INMATE CONTACT SHEET

| NAME | NUMBER | CELL | DATE ARRIVED | EST. DATE | PROFILE | GANG AFFILIATION | PHASE |
|---|---|---|---|---|---|---|---|
| Torres | #246007 | | | | | | |

| DATE | ISSUE | | | RESOLUTION | | | |
|---|---|---|---|---|---|---|---|
| 2-6-06 | 2FP | | | | | | |
| 2-14-06 | 2FP/3Pads | | | | | | |
| 2-22-06 | 2FP/3Pads | | | | | | |
| 2-27-06 | 2FP/ | | | | | | |
| 3-6-06 | #20 Legal/2FP | | | 4-10-06 | 2FP/3Pads | | |
| 3-20-06 | 2FP/3Pads | | | 4-17-06 | 2FP/3Pads | | |
| 4-3-06 | 2FP/3Pads/@ Legal | | | 4-24-06 | 2FP/3Pads | | |

NCI 114

## INMATE CONTACT SHEET

| NAME | NUMBER | CELL | DATE ARRIVED | EST. DATE | PROFILE | GANG AFFILIATION | PHASE |
|---|---|---|---|---|---|---|---|
| Torres | #346001 | | | | | | |

| DATE | ISSUE | | | | | | | | RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|
| 5-3-06 | 15 Legal / 2 FP / 3 pads | | | | | | | | |

NCI 114