UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY TORRES | : | PRISONER<br>CIVIL NO. 3:03CV696(JBA)(JGM) |
| v. | : | |
| JOHN TROMBLY, ET.AL. | : | MAY 10, 2006 |

## AFFIDAVIT OF ADAM TULLER

I, Adam Tuller, being duly sworn hereby depose and say:

1. I am employed as a Correctional treatment Officer (CTO) by the Connecticut Department of Correction (DOC). I am presently a CTO for the 1-East housing unit at Northern CI. My duties include but are not limited to providing access to boxes of legal papers which are kept in a locked storage room for Anthony Torres. I have become very familiar with the conduct and issues raised by inmate Anthony Torres as a result of my duties as CTO in his housing unit

2. On numerous occasions I have spoken to Anthony Torres and I have explained to him the procedures for exchanging one or more of the five boxes which he has in his cell, for one or more of the boxes which are kept secure for him in the locked storage room. Mr. Torrews may swap one box for another, or two for two, all the way up to five for five, and thereby review all of the legal papers which he has in a matter of several days. He has access to these boxes five days a week, Monday to Friday on the first shift, the shift I work.

3. Despite my clear explanations and Mr. Torres clear acknowledgements to me that he understands the procedure, Mr. Torres has not made a request for the boxes he has in storage for at least approximately one month. He has gained access to several of his boxes which are in storage and has written numbers on some of his eleven boxes which are in storage.

4.  Anthony Torres has been allowed a reasonable exception above and beyond DOC policy, to maintain, and at present he has in his cell five boxes of legal materials (papers and other documents) in addition to his items of personal property, such as clothing, personal hygiene items, etc. Ordinarily inmates at a level 5 maximum security facility such as Northern are only allowed 5 cubic feet of property under the DOC property matrix, attached to A.D. 6.10. After a serious incident on March 10, 2006, which threatened the health and safety of staff and inmates, in which Mr. Torres covered himself, the cell walls, and the cell window with human feces, his property had to be removed from his cell. No legal papers related to this or any other case were stolen.

5.  All of his papers above and beyond the five boxes which Mr. Torres reviewed and elected to keep in his cell are maintained in this secure storage area. Except for 54 pages of lists of inmates, names, prison identification numbers, race identification, and other names and personal information including staff home addresses and social security numbers, and are not legal in nature, but rather security threats to inmates and staff, all of the papers related to legal matters filed by Mr. Torres are maintained in these five boxes in his cell and the eleven in storage.

6.  There is no reason why Mr. Torres could not have requested each and every box to obtain papers he needs for a particular case during the time frame from April 20, 2005 to the present.

7.  If Mr. Torres had asked me to bring him any particular box from storage I would have done so, provided that he would have to exchange a box which he had in storage, so that the total would not exceed five boxes.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
Adam Tuller

Subscribed and sworn to before me this 12th day of May, 2006.

_____
Notary Public/
Commissioner of the Superior Court

MARK R. SUSE
NOTARY PUBLIC
MY COMMISSION EXPIRES 03/31/2007

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of May, 2006:

Anthony Torres, #246027
Northern CI
POB 665
Somers, CT 06071

_____
Steven R. Strom
Assistant Attorney General

3