UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  | PRISONER |
|---|---|---|
| ANTHONY TORRES | : | CIVIL NO. 3:03CV696(JBA)(JGM) |
|  | : |  |
| V. | : |  |
|  | : |  |
| JOHN TROMBLY, ET AL. | : | MAY 15, 2006 |

## **NOTICE OF MANUAL FILING**

Please take notice that Defendants John Trombly, Et Al., have manually filed the following documents:

1.    Party Name Search Results for Anthony Torres – Exhibit  A.

2.    Docket Sheet Torres v. Zina, Et Al., CV-04-4000664-S – Exhibit B.

3.    Docket Sheet Torres v. Choinski, CV-05-4002087-S – Exhibit C.

4.    Docket Sheet Torres v. McGill, CV-05-4002653-S – Exhibit D.

5.    Docket Sheet Torres v. Brace, CV-05-4004142-S – Exhibit E.

6.    Docket Sheet Torres v. Choinski, CV-06-4004128-S – Exhibit F.

7.    Docket Sheet Torres v. Little, CV-06-4004731-S – Exhibit G.

8.    Docket Sheet Torres v. Shea, CV-06-4004830-S – Exhibit H.

9.    Docket Sheet Torres v. Rose, CV-06-4004839-S – Exhibit I.

10.    Docket Sheet Torres v. Donahue, CV-06-4004872-S – Exhibit J.

11.    Anthony Torres v. Brace, Et Al., CV-05-4004142-S, Memorandum of
Decision dated December 23, 2005 – Exhibit K.

This document has not been filed electronically because:

[    ]    **Medical Records**.
[ x ]    the document or thing cannot be converted to an electronic format
[    ]    the electronic file size of the documents exceeds 1.5 megabytes
[    ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d)
           or Local Rule of Criminal Procedure 57(b)
[    ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS
John Trombly, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel.:  (860) 808-5450
Fax:  (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 15th day of

May, 2006:

Anthony Torres, Inmate #246027
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071


___/s/_____

Steven R. Strom
Assistant Attorney General