MAY 24 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-CV-696
(JBA)(TGM)

May 18, 2006

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HIS REPLY MEMORANDUM AND AFFIDAVIT IN RESPONSE TO THE DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT

The plaintiff respectfully moves the court for an extension of time, until June 16, 2006, to file his reply

memorandum and affidavit in response to the <u>Defendants' Memorandum In Opposition to Motion For Relief From Judgment</u> dated May 15, 2006, in conjunction with his motion for leave to file a reply memorandum and affidavit. In support of this motion for extension of time the plaintiff submits the following:

    1. On May 17, 2006, the plaintiff received by mail the defendants' memorandum in opposition as described above which was also accompanied by four affidavits from prison employees who are assigned to the Northern supermax prison in Somers, Connecticut where the plaintiff is currently incarcerated.

    2. Upon the plaintiff's examination of the defendants' memorandum and supporting four affidavits, the plaintiff

-2-

had found that the memorandum was saturated with irrelevant, inadequate, erroneous and misleading legal arguments that must be challenged by the plaintiff. Additionally, the plaintiff had found that the four sworn affidavits contained deceitful and perjured statements in criminal violation of <u>Title-18 of the United States Code</u>.

3. The plaintiff wishes to file a reply memorandum to the defendants' opposition memorandum and affidavits. However, the plaintiff will need until June 16, 2006 to prepare the reply memorandum, with its attachments, and his affidavit in support.

4. This motion for extension of time is being submitted in good faith and not for the purpose of causing delays.

-3-

5. The plaintiff is unable to ascertain the position of the defendants' to this motion for extension of time due to his incarceration and the plaintiff believes that the defendants will not suffer any prejudice if this court would grant this motion.

WHEREFORE, the plaintiff seeks this court to grant this extension of time, until June 16, 2006, to file his reply memorandum and affidavit in response to the <u>Defendants' Memorandum In Opposition to Motion For Relief From Judgment</u> dated May 15, 2006, in conjunction with his accompanied motion for leave to file a reply memorandum and affidavit.

Dated: May 18, 2006

-4-

Respectfully submitted,

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

## CERTIFICATION

This is to certify that a true copy of the above motion for extension of time was mailed, postage prepaid, on this 5th day of June 2006, pursuant to Rule-5(b) of the FRCP, to Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105 and Henri Alexandre, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

*Anthony Torres*
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-5-