MAY 2 4 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

Civil Action No.
3:03-cv-696
(JBA)(JGM)

May 18, 2006

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM AND AFFIDAVIT IN RESPONSE TO THE DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT

The plaintiff respectfully moves this court for leave to file a reply memorandum and affidavit in response

to the <u>Defendants' Memorandum In Opposition to Motion for Relief From Judgment</u> dated May 15, 2006 in conjunction with his motion for extension of time which is accompanied this motion. In support of this motion for leave the plaintiff submits the following arguments:

1. The defendants' memorandum dated May 15, 2006 is saturated with irrelevant, inadequate, erroneous and misleading legal arguments that must be challenged by the plaintiff.

2. The plaintiff is able to demonstrate to this court that the four affidavits provided by the defendants, sworn and signed by prison employees, Brian Bradway, Mark Donahue, Jeff Fargo and Adam Tuller, in their opposition to the plaintiff's motion for relief from

-2-

judgment, contain deceitful and perjured statements in criminal violation of <u>Title-18 of the United States Code</u> and the plaintiff will show that defense counsel, Steven R. Strom, Assistant Attorney General, is directly involved in the subornation of perjury in the preparation of those four affidavits.

WHEREFORE, the plaintiff seeks this court to grant him leave to file a reply memorandum and affidavit in response to the <u>Defendants' Memorandum In Opposition to Motion For Relief From Judgment</u> dated May 15, 2006, in conjunction with the accompanied motion for extension of time to file the reply memorandum.

Dated: May 18, 2006

-3-

Respectfully submitted,

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box-665
Somers, CT 06071

<u>CERTIFICATION</u>

This is to certify that a true copy of the above motion for leave was mailed, postage prepaid, on this 5th day of June 2006, pursuant to <u>Rule-5(b) of the FRCP</u>, to Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105 and Henri Alexandre, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)

-4-