MAY 2 4 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
    Plaintiff,

v.

"John" TROMBLY, et al.,
    Defendants.

: EX PARTE
:
: Civil Action No.
: 3:03-CV-696
: (JBA)(JGM)
:
:
: May 18, 2006
:

## EX PARTE MOTION FOR ORDER DIRECTING THE COURT CLERK TO PROVIDE THE PLAINTIFF WITH A PHOTOCOPY OF TWO FILED DOCUMENTS

The plaintiff respectfully moves this court for an order directing the clerk to provide the plaintiff with a photocopy of the below described papers that had been previously filed

with this court and that the court waive the copy fees due to the plaintiff's indigency. In support of this motion the plaintiff submits the following facts:

1. On or about March 30, 2006, the plaintiff had filed with this court a <u>Motion For Relief From Judgment</u>, 7-pages and an <u>Affidavit/Declaration of Anthony Torres</u>, 11-pages.

2. Due to the pressing deadline to file the above described motion for relief, and its accompanied affidavit, the plaintiff was not able to obtain photocopies of those two documents from the prison officials prior to filing them with this court.

3. The plaintiff is unable to submit prepayment for the copies which would total about $9.00. The plaintiff only has seven (7¢) cents to his prison trust account and that has been the balance of his account since 1999.

4. The plaintiff assures the court that he will not repeat this type of motion in the future with this civil action by taking steps to obtain photocopies from the prison officials before filing any future documents with this court. Therefore, this is only an one-time-incident which will not be repeated in this case.

WHEREFORE, the plaintiff seeks this court to grant the above motion for an order directing the Clerk to provide the plaintiff with a

photocopy of the papers filed with this court as described above.

Dated: May 18, 2006

Respectfully submitted,
_Anthony Torres_
ANTHONY TORRES #246027
(Pro Se Plaintiff)
NCI, 287 Bilton Road
Post Office Box-665
Somers, CT 06071

### CERTIFICATION

This is to certify, that a true copy of the above motion for __ex parte__ order was mailed, postage prepaid, on this 5th day of June 2006, pursuant to __Rule-5(b) of the FRCP__, to Steven R. Strom, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105 and Henri Alexandre, Asst. Attorney General, Office of the Attorney General, 110 Sherman Street, Hartford, CT 06105.

_Anthony Torres_
ANTHONY TORRES #246027, Pro Se Plaintiff

-4-