UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY TORRES,
     Plaintiff,

     v.

"John" TROMBLY, et al.,
     Defendants.

:
:
:
:
:
:
:
:

Civil Action No.
3:03-CV-696
(JBA) (TGM)

June 11, 2006

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE HIS REPLY MEMORANDUM AND AFFIDAVIT IN RESPONSE TO THE DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT

The plaintiff respectfully moves this court for an extension of time, until June 26, 2006, to file his reply memorandum and affidavit in response

to the <u>Defendants' Memorandum In Opposition to Motion For Relief From Judgment</u> dated May 15, 2006, in conjunction with his motion for leave to file a reply memorandum and affidavit. In support of this motion for a second extension of time the plaintiff submits the following:

1. Paragraphs 1 and 2 of the plaintiff's first motion for extension of time to file his reply memorandum is repeated in this paragraph.

2. The plaintiff wishes to file a reply memorandum to the defendants' opposition memorandum and affidavits. However, the plaintiff is still waiting for a set of documents from the Connecticut Superior Court, Judicial District of Tolland at Rockville which will be included as an attachment to the memorandum and affidavit he, the plaintiff, wishes to file with this federal court in his reply. The plaintiff

—2—

will receive those documents very shortly. It is vital for this federal court to examine those documents in response to the defendants' opposition papers.

3. The plaintiff will need until June 26, 2006 to prepare the reply memorandum, with its attachments, and his affidavit in support.

4. This motion for extension of time is being submitted in good faith and not for the purpose of causing delays.

5. The plaintiff is unable to ascertain the position of the defendants' to this motion for extension of time due to his incarceration and the plaintiff believes that the defendants will not suffer any prejudice if this court would grant this second extension of time.

WHEREFORE, the plaintiff seeks this court to grant this second extension of time, until June 26, 2006, to file his reply memorandum and affidavit in response to the Defendants' Memorandum In Opposition to Motion For Relief From Judgment dated May 15, 2006, in conjunction with his accompanied motion for leave to file a reply memorandum and affidavit.

Dated: June 11, 2006

Respectfully submitted,

Anthony Torres

ANTHONY TORRES #246027
(Pro Se Plaintiff)
Northern Correctional Institution
287 Bilton Road
Post Office Box - 665
Somers, CT 06071

-4-

<u>CERTIFICATION</u>

This is to certify that a true copy of the above second motion for extension of time was mailed, postage prepaid, on this 11th day of June 2006, pursuant to <u>Rule - 5(b)</u> of the FRCP, to:

Henri Alexandre, Asst. Attorney
General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

Steven R. Strom, Asst. Attorney
General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

Anthony Torres

ANTHONY TORRES #246027
(Pro Se Plaintiff)

-5-