UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ANTHONY TORRES                  :
                                :           PRISONER
     v.                         :   Case No. 3:03CV696(JBA)(JGM)
                                :
JOHN TROMBLY, et al.            :
```

RULING AND ORDER

The defendants seek an extension of time until May 17, 2006, to file a response to plaintiff's motion for relief from judgment. The motion for extension of time is granted, nunc pro tunc.

The plaintiff has filed a motion for leave to file a reply to defendants' response to his motion for relief from judgment. The plaintiff need not seek the court's permission to file a reply brief. Thus, the motion for leave is denied as moot.

The plaintiff has also filed two motions for extension of time to file a reply to defendants' memorandum in response to his motion for relief from judgment. The motions are granted. The plaintiff shall file his reply brief on or before November 1, 2006. Plaintiff is reminded that pursuant to Local Rule 7(d), any reply brief "**may not exceed ten (10) pages**, must be strictly confined to a discussion of matters raised by the responsive brief and must contain references to the pages of the responsive

brief to which reply is being made." D. Conn. L. Civ. R 7(d) (emphasis added).

The plaintiff's motion for photocopies [**doc. # 87**] of his motion for relief from judgment and declaration in support of the motion is denied without prejudice.

Although plaintiff was permitted to file his complaint <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915, this status only permits him to file the action without prepayment of the filing fee. Plaintiff is not automatically entitled to copies or other materials. <u>See Guinn v. Hoecker</u>, 43 F.3d 1483 (10th Cir. 1994) (28 U.S.C. § 1915 does not include right to free copy of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy); <u>Douglas v. Green</u>, 327 F.2d 661, 662 (6th Cir. 1964)(28 U.S.C. § 1915 does not include the right to receive copies of court orders without payment).

The plaintiff simply states that he did not make a copy of his own motion prior to filing it and only has seven cents in his inmate account. He did not file an inmate account statement with his motion. Thus, the court cannot determine whether the plaintiff has sufficient funds to pay the cost to copy the above documents. The plaintiff may receive a copy of his motion for relief from judgment and declaration by submitting a check or money order payable to the Clerk of Court in the amount of $9.00.

If plaintiff cannot afford the copy charge, he may file a renewed motion with the court including a copy of his inmate account balance to demonstrate his inability to pay for the copies.

## Conclusion

The defendants' Motion for Extension of Time [**doc. # 83**] to file a response to plaintiff's motion for relief from judgment is **GRANTED, NUNC PRO TUNC**.  The plaintiff's Motion for Leave [**doc. # 86**] to file  reply brief is **DENIED** as moot.  The plaintiff's Motions for Extension of Time [**docs. ## 85, 88**] to file a reply in response to defendants' response to his motion for relief from judgment are **GRANTED.  The plaintiff shall file his reply brief on or before November 1, 2006**.  The Motion for Photocopies [**doc. #87**] of his motion for relief from judgment and declaration is **DENIED** without prejudice.

  **SO ORDERED** this 10th day of October, 2006, at New Haven, Connecticut.

_____/s/_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE